E-filing

# United States District Court
### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

LUKE D. BRUGNARA

DEFENDANT(S).

---

## INDICTMENT

---

A true bill.

_____ Foreman

Filed in open court this __3d__ day of

__APRIL 2008__.

_____ Clerk

Bail, $ __NO PROCESS__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

26 USC § 7206(1) - 3 counts  
Filing False Tax Returns

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

26 USC § 7206(1) - 3 yrs impris., $250,000 fine, 1 year superv. rel., $100 assessment

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS NEWMAN, AUSA, TAX DIV.

Name of District Court, and/or Judge/Magistrate Location  
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

▶ LUKE D. BRUGNARA

DISTRICT COURT NUMBER

08  0222  WHA

--- DEFENDANT ---

IS **NOT** IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- |
| Plaintiff, ) | VIOLATIONS: |
| ) | 26 U.S.C. § 7206(1) (False Tax Return) |
| v. ) | (THREE COUNTS) |
| LUKE D. BRUGNARA, ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

At all times material to this Indictment, and incorporated by reference in all counts:

**A.    Defendant.**

1. Defendant LUKE D. BRUGNARA was a resident of San Francisco, California, and was the sole owner of Brugnara Properties I, II, III, IV, V, and VI (collectively referred to as "Brugnara Properties.")

2. Defendant was the sole shareholder and owner of Brugnara Corporation.

3. Defendant formed Brugnara Corporation and Brugnara Properties for the purpose of managing commercial rental property that is titled in the name of those entities.

///

INDICTMENT

1

B.  **Brugnara Properties Acquisition And Disposition of Real Properties.**

4.  **The Mission Street Property:** Brugnara Properties purchased the commercial rental property located at 810-814 Mission Street, San Francisco, California, on November 29, 1993. On January 5, 2000, Brugnara Properties sold the Mission Street property and recognized gain in the amount of $8,656,936.

5.  **The Market Street Property:** Brugnara Properties purchased the commercial rental property located at 935-939 Market Street, San Francisco, California, on May 7, 1993. On January 13, 2000, Brugnara Properties sold the Market Street property and recognized gain in the amount of $6,484,027.65.

6.  **The Post Street Property:** Brugnara Properties purchased the commercial rental property located at 490 Post Street, San Francisco, California, on January 7, 1998. On May 16, 2001, Brugnara Properties sold the Post Street property and recognized gain in the amount of $21,534,065.

7.  **The Las Vegas Property:** Brugnara Properties purchased the commercial rental property located at 3025 S. Las Vegas Boulevard, Winchester, Nevada, on October 13, 1999. On May 1, 2002, Brugnara Properties sold the one subdivided parcel of the Las Vegas Boulevard property and recognized gain in the amount of for $8,458,399.

8.  **The San Jacinto Way Properties:** Brugnara Properties purchased real property located at 38 San Jacinto Way, San Francisco, California, on June 29, 1994, and the real property located at 36 San Jacinto Way, San Francisco, California, was purchased on October 28, 1994. The property located at 36 San Jacinto Way was sold on October 15, 2002, and $529,975 of gain was recognized. The property located at 38 San Jacinto Way was sold on July 3, 2003, and $530,963 of gain was recognized.

C.  **Defendant's Tax Reporting of the Brugnara Properties' Transactions.**

9.  On or about April 18, 2002, Defendant filed with the Internal Revenue Service a Form 1040, U.S. Individual Income Tax Return, for the 2000 calendar year, which had as an attachment a self-created Schedule E, Supplemental Income and Loss Statement, and Schedule K-1, Partner's Share of Income, Deductions, and Credits.

INDICTMENT

2

1    10.    On or about April 16, 2002, Defendant filed with the Internal Revenue Service a Form 1040, U.S. Individual Income Tax Return, for the 2001 calendar year, which had as an attachment a self-created Schedule E, Supplemental Income and Loss Statement, and Schedule K-1, Partner's Share of Income, Deductions, and Credits.

11.    On or about February 17, 2004, Defendant filed with the Internal Revenue Service a Form 1040, U.S. Individual Income Tax Return, for the 2002 calendar year, which had as an attachment a self-created Schedule E, Supplemental Income and Loss Statement, and Schedule K-1, Partner's Share of Income, Deductions, and Credits.

12.    On the self-created Schedule E and Schedule K-1 Brugnara prepared, he includes only two categories of income, including (1) "Rents," and (2) "Other," and four categories of expenses, including (1) "Building Operations, (2) "Depreciation," (3) "Interest and Points, and (4) "Loss Carry Forward."

13.    Internal Revenue Service Form Schedule E requires an individual to report rental income and expenses in at least twelve categories for each property. Internal Revenue Service Form Schedule K-1 require an individual to report income received from a partnership or S-corporation that is delineated into eleven categories, including, *inter alia*, rental income, capital gains, and ordinary dividends. In addition, an U.S. Individual Income Tax Return, Form 1040, U.S. Partnership Tax Return, Form 1065, and U.S. Corporation Income Tax Return requires a taxpayer to report income and expenses related to the disposition of each real property held on a Form 4797, including the date the property was acquired and sold, the location, and the amount of capital gain income.

14.    Defendant's U.S. Individual Income Tax Returns, Forms 1040, for 2000 and 2001, with the self-created Schedule E and Schedule K-1, fail to report detailed expenses for each property, and report no capital gain or dividend income was received following the disposition of the Mission Street, Market Street, Post Street properties during 2000 and 2001. Defendant's U.S. Individual Income Tax Returns, Form 1040, for 2002, falsely reports capital gain income from the sale of Mission Street, Market Street, Post Street, and 38 San Jacinto Way, which were not sold during 2002, and omits dividend or capital gain income related to the sale of

INDICTMENT
3

1  the Las Vegas property.
2
3  **COUNT ONE:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)
4  On or about April 18, 2002, the defendant
5  LUKE D. BRUGNARA
6  did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the
7  2000 calendar year, which was filed with the IRS and verified by the defendant in a written
8  declaration that it was made under the penalties of perjury, which income tax return he did not
9  believe to be true and correct as to every material matter in that said defendant reported no
10 income related to the disposition of the Market Street and Mission Street properties, whereas, he
11 then and there well knew and believed, his income related to sale of those properties were
12 substantially in excess of the amount reported.
13 In violation of Title 26, United States Code, Section 7206(1).
14
15 **COUNT TWO:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)
16 On or about April 16, 2002, the defendant
17 LUKE D. BRUGNARA
18 did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the
19 2001 calendar year, which was filed with the IRS and verified by the defendant in a written
20 declaration that it was made under the penalties of perjury, which income tax return he did not
21 believe to be true and correct as to every material matter in that said defendant reported no
22 income related to the disposition of the Post Street property, whereas, he then and there well
23 knew and believed, his income related to the sale of that property was substantially in excess of
24 the amount reported.
25 In violation of Title 26, United States Code, Section 7206(1).
26
27
28

INDICTMENT

4

1 | **COUNT THREE:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)
2 | On or about February 17, 2004, the defendant
3 | LUKE D. BRUGNARA
4 | did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the
5 | 2002 calendar year, which was filed with the IRS and verified by the defendant in a written
6 | declaration that it was made under the penalties of perjury, which income tax return he did not
7 | believe to be true and correct as to every material matter in that said defendant reported capital
8 | gain income related to the sale of the Mission Street, Market Street, Post Street, and San Jacinto
9 | Way Properties, and omitted income related to the disposition of the Las Vegas property,
10 | whereas, he then and there well knew and believed, that his capital gain income was substantially
11 | in excess of the amount reported, and he did not sell the Mission Street, Market Street, Post
12 | Street, and San Jacinto Way properties during 2002.
13 | In violation of Title 26, United States Code, Section 7206(1).

A True Bill

Dated: 4-3-08

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN STRETCH
Chief, Criminal Section

Approved as to Form:

_____
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

INDICTMENT
5