UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 27, 2008

Case No.:  CR 08-0222 WHA

Title:  UNITED STATES -v- LUKE BRUGNARA (present)

Appearances:
    For the Government: Tom Newman

    For the Defendant(s): Kenneth Wine

Interpreter: n/a                              Probation Officer: n/a

Deputy Clerk: Dawn Toland                     Court Reporter: Kathy Powell

**PROCEEDINGS**

1)  Trial Setting - HELD

2)  

Case continued to  **8/5/08 at 2:00 pm**   for Status

**ORDERED AFTER HEARING:**

Defendant needs to review discovery and request a 60 day continuance.

Time is excluded from today until 8/5/08 for effective preparation and complexity of case.