UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 5, 2008

Case No.: CR 08-0222

Title: UNITED STATES -v- LUKE BRUGNARA

Appearances:
    For the Government: Tom Newman

    For the Defendant(s): Kenneth Wine

Interpreter: None    Probation Officer: n/a

Deputy Clerk: Frank Justiliano    Court Reporter: Katherine Sullivan

**PROCEEDINGS**

1) Status ; Motion to Withdraw as Attorney - Held.

2) 

Case continued to __ for Status

Time Excluded:  **Begins:**     **Ends:**

**ORDERED AFTER HEARING:**
Courtroom cleared from 2:16 p.m. to 2:32 p.m. for discussions underseal.
The motion to withdraw as attorney is Denied without prejudice. Counsel may file a detailed motion and set it for hearing on 8/19/08. The Court orders the defendant not to contact any witnesses in the case.