JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:             (415) 436-6748
  Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-222-WHA |
| Plaintiff, | ) | STIPULATION TO EXCLUDE |
| | ) | TIME UNDER THE SPEEDY |
| v. | ) | TRIAL ACT |
| | ) | |
| LUKE D. BRUGNARA, | ) | |
| | ) | |
| Defendant. | ) | |

      This matter came on for a status hearing and defendant's counsel's motion to withdraw on August 5, 2008.  The parties, through their counsel of record, hereby stipulate and agree that the period of time from August 5, 2008 to August 19, 2008 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii), and (B)(iv) due to the complexity of this case, to allow the defendant and his counsel reasonable time necessary for effective preparation of the defenses taking into account the exercise of due diligence, and for continuity of counsel.

*Stipulation to Exclude Time*
*Case No. 08-222-WHA*        1

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


Dated: August 12, 2008

*/s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Dated: August 12, 2008

/s/Kenneth H. Wine_____
Kenneth H. Wine
Attorney for Defendant

## **ORDER**

This Court agrees and finds that the ends of justice served by excluding time from August 5, 2008 to August 19, 2008, outweigh the best interests of the public and the defendant in a speedy trial, because of the complexity of this case and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.


Dated: _____

_____
WILLIAM H. ALSUP
United States District Court Judge