UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00222 WHA

Title: UNITED STATES -v- LUKE BRUGNARA (present)

Appearances:

    For the Government: Tom Newman

    For the Defendant(s): Kenneth Wine

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to 9/30/08 at 2:00 pm for Change of Plea/Trial Setting

**ORDERED AFTER HEARING:**

Defendant has a massive amount of discovery to review. The Government is trying to simplify the discovery records by making an exhibit list. Parties are attempting to reach a disposition.

The Court previously found the case complex. Time is excluded from today until 9/30/08.