```
 1  JOSEPH P. RUSSONIELLO
    United States Attorney
 2  THOMAS M. NEWMAN (NYSBN 4256178)
    Assistant United States Attorney
 3     9th Floor Federal Building
       450 Golden Gate Avenue, Box 36055
 4     San Francisco, California  94102
       Telephone:  (415) 436-6805
 5     Fax:        (415) 436-6748
       Email: thomas.newman2@usdoj.gov
 6
    Attorneys for the United States of America
 7
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-222-WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| LUKE D. BRUGNARA, | |
| Defendant. | |

     This matter came on for a status hearing on August 19, 2008.  The parties, through their counsel of record, hereby stipulate and agree that the period of time from August 19, 2008 to September 30, 2008 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii), and (B)(iv) due to the complexity of this case, to allow the defendant and his counsel reasonable time necessary for effective preparation of the defenses taking into account the exercise of due diligence, and for continuity of counsel.

*Stipulation to Exclude Time*
*Case No. 08-222-WHA*     1

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            */s/Thomas M. Newman*

Dated: August 25, 2008                  THOMAS M. NEWMAN
                                            Assistant United States Attorney
                                            Tax Division

Dated: August 25, 2008                  /s/Kenneth H. Wine_____
                                            Kenneth H. Wine
                                            Attorney for Defendant

## **ORDER**

This Court agrees and finds that the ends of justice served by excluding time from August 19, 2008 to September 30, 2008, outweigh the best interests of the public and the defendant in a speedy trial, because of the complexity of this case and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: \_\_\_August 27, 2008._____              _____
                                                         WILLIAM H. ALSUP
                                                         United States District Court Judge