JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6805
 Fax: (415) 436-6748
 Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-222-WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| LUKE D. BRUGNARA, | ) | |
| Defendant. | ) | |

   This matter came on for a status hearing on August 19, 2008. The parties, through their counsel of record, hereby stipulate and agree that the period of time from August 19, 2008 to September 30, 2008 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii), and (B)(iv) due to the complexity of this case, to allow the defendant and his counsel reasonable time necessary for effective preparation of the defenses taking into account the exercise of due diligence, and for continuity of counsel.

*Stipulation to Exclude Time*
*Case No. 08-222-WHA*    1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: August 25, 2008 | */s/Thomas M. Newman*<br>THOMAS M. NEWMAN<br>Assistant United States Attorney<br>Tax Division |
| Dated: August 25, 2008 | /s/Kenneth H. Wine_____<br>Kenneth H. Wine<br>Attorney for Defendant |

### **ORDER**

This Court agrees and finds that the ends of justice served by excluding time from August 19, 2008 to September 30, 2008, outweigh the best interests of the public and the defendant in a speedy trial, because of the complexity of this case and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: August 27, 2008.

_____
WILLIAM H. ALSUP
United States District Court Judge

*Stipulation to Exclude Time*
*Case No. 08-222-WHA*                                2