JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:             (415) 436-6748
  Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-222-WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| LUKE D. BRUGNARA, | |
| Defendant. | |

This matter is currently set for status hearing on September 30, 2008, which was scheduled on August 19, 2008.  Since that hearing, defendant has retained an independent auditor that is reviewing the discovery and calculating a tax loss figure.   As the parties have previously represented, the discovery in this case is voluminous, comprising over 100,000 pages of financial data that span over ten years.  In that regard, defense counsel was advised that a preliminary report would not be ready until late October,  2008. Based on the foregoing, the parties agree that additional time is needed to examine this data, which now includes information from an audit of the defendant's prior years tax returns that was recently received by the government. Consequently, the parties request that the Court continue the status hearing in this case until November ~~4~~ 3, 2008, and through their counsel of record, hereby stipulate and agree that the period of time until November ~~4~~ 3, 2008 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii), and (B)(iv) due to the complexity of this case, to allow

the defendant and his counsel reasonable time necessary for effective preparation of the defenses taking into account the exercise of due diligence, and for continuity of counsel.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 26, 2008       */s/Thomas M. Newman*
                                        THOMAS M. NEWMAN
                                        Assistant United States Attorney
                                        Tax Division

Dated: September 26, 2008       /s/Kenneth H. Wine
                                        Kenneth H. Wine
                                        Attorney for Defendant

### **ORDER**

This Court agrees to continue this matter and finds that the ends of justice served by excluding time until November 3, 2008, outweigh the best interests of the public and the defendant in a speedy trial, because of the complexity of this case and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: September 30, 2008       _____
                                        WILLIAM H. ALSUP
                                        United States District Court Judge

*IT IS SO ORDERED.*
*Judge William Alsup*