IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
                               /

No. CR 08-0222 WHA

**NOTICE TO ATTORNEY TABACK**

      Attorney Harris Taback should talk to his client Luke Brugnara to learn what he telephoned in to the deputy courtroom clerk. Please advise your client that telephone messages do not matter and are not proper motions. The guilty plea can only be set aside upon a proper motion and even then only upon a record warranting such relief. Any further communications to the Court should be via counsel of record.

Dated: February 5, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE