1  BRIAN H GETZ, ESQ. (CSBN 85593)
   LAW OFFICES OF BRIAN H GETZ
2  44 Montgomery Street, Suite 3850
   San Francisco, CA  94104
3  Telephone: (415) 912-5886
   Facsimile: (415) 438-2655
4
   Attorneys for Defendant
5  LUKE BRUGNARA

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,            ) Case No. CR 08-0222-WHA
                                         )
13               Plaintiff,              )
                                         ) **NOTICE OF MOTION AND MOTION**
14       v.                              ) **FOR ORDER SUBSTITUTING**
                                         ) **DEFENDANT'S ATTORNEY;**
15  LUKE BRUGNARA,                       ) **DECLARATIONS IN SUPPORT**
                                         ) **THEREOF; AND [PROPOSED] ORDER**
16               Defendant.              )
                                         )
17                                       ) Date:  March 2, 2010
                                           Time:  2:00 p.m.
18                                         Place: Courtroom 9, 19th Floor

19

20

21       PLEASE TAKE NOTICE that on March 2, 2010, at 2:00 p.m. or as soon thereafter as the

22  matter may be heard, Defendant Luke Brugnara, through undersigned counsel, will and hereby does

23  move the Court for an order substituting counsel.

24       //

25       //

26       //

27

28
   ────────────────────────────────────────────────────────────
   NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY;
           DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
                        Case No. CR 08-0222-WHA

1  This motion is based on the attached documents and exhibits, including the Notice of
2  Substitution of Attorney, the declaration of Luke Brugnara, the declaration of Brian H Getz, on all
3  papers filed and records in this action, and on any evidence received at the hearing.
4  
5  DATED: February 24, 2010

   Respectfully submitted,

   LAW OFFICES OF BRIAN H GETZ

   /s/
   ———————————
   Brian H Getz

- 2 -
NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY;
DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
Case No. CR 08-0222-WHA

BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorneys for Defendant
LUKE BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE BRUGNARA,<br><br>Defendant. | Case No. CR 08-0222-WHA<br><br>**DECLARATION OF LUKE BRUGNARA SUPPORTING MOTION FOR SUBSTITUTION OF DEFENDANT'S ATTORNEY** |

I, Luke Brugnara, say and depose:

I am the defendant in this action.

I have would like to discharge Harris Taback as my attorney of record in this action, as well as in my pending matter before Judge Chesney, *USA v. Luke Brugnara*, U.S. Dist Court No. CR 08-0236-MMC, and have retained Brian H Getz and Eric R. Krebs in his place.

Harris Taback has agreed to sign a substitution of attorney.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2010        _____/S/_____
                               Luke Brugnara

- 3 -
NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY;
DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
Case No. CR 08-0222-WHA

BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorneys for Defendant
LUKE BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LUKE BRUGNARA,<br><br>  Defendant. | Case No. CR 08-0222-WHA<br><br>**DECLARATION OF BRIAN H GETZ SUPPORTING MOTION OF LUKE BRUGNARA FOR SUBSTITUTION OF DEFENDANT'S ATTORNEY** |

I, Brian H Getz, say and depose:

I have been retained by defendant, Luke Brugnara, to act as attorney of record in this action, as well as in his pending matter before Judge Chesney, *USA v. Luke Brugnara*, U.S. Dist Court No. CR 08-0236-MMC. Attorney Eric Krebs has been retained to assist me.

Defendant has informed me and I state on information and belief that he wishes to discharge Harris Taback as his attorney in this action and in his pending matter before Judge Chesney.

Harris Taback has agreed to sign a substitution of attorney.

//

- 4 -
NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY;
DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
Case No. CR 08-0222-WHA

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.

Date:  February 24, 2010      _____/S/_____
                               Brian H Getz

NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY;
DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
Case No. CR 08-0222-WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUKE BRUGNARA,<br><br>  Defendant. | Case No. CR 08-0222-WHA<br><br>[PROPOSED] ORDER SUBSTITUTING DEFENDANT'S ATTORNEY |

The motion of Defendant, Luke Brugnara, for an order substituting Brian H Getz and Eric R. Krebs in place of Harris Taback as attorney of record in this action was regularly heard on March 2, 2010, at 2:00 p.m.

IT IS ORDERED that:

  Brian H Getz and Eric R. Krebs be substituted for Harris Taback as attorney for defendant in this matter.

Date: March 3, 2010.

  _____
  William H. Alsup, U.S. District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

- 6 -
NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY; DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
Case No. CR 08-0222-WHA