JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN STRETCH
Chief, Criminal Division
THOMAS M. NEWMAN
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-6805
  Fax:       (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08-222-WHA |
| Plaintiff, | ) |
| v. | ) DECLARATION OF |
| | ) WILLIAM NELSON |
| LUKE D. BRUGNARA, | ) |
| Defendant. | ) |

I, William Nelson, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a shareholder in the firm Piercy, Bowler, Taylor & Kern ("PBTK"), which is an accounting firm located in Nevada.

    2.    In late 2000, Luke Brugnara engaged PBTK when he was applying for a gaming license. PBTK was hired to review Mr. Brugnara's financial records, including his tax returns. In 2001, Mr. Brugnara also requested that we prepare his 2000, and future tax returns.

    3.    From late 2000, until about March 2001, PBTK requested copies of final records from Mr. Brugnara. This included requests for information related to properties Mr. Brugnara sold. For example, on February 28, 2001, a fax was sent to Mr. Brugnara requesting:

*Declaration of William Nelson,*
*Case No. 08-222-WHA*                   -1-

    a.    "Estimated net income or loss for 2000 that will be reported on your tax returns."

    b.    "Estimated net income or loss that you will have in 2001 that will be reported on your tax return, including the sale 490 Post;"

4.    On March 1, 2001, Mr. Brugnara responded in writing noting an "Estimated Net Income/Loss for 2001", that included the "Sale of 490 Post." Mr. Brugnara estimated "$12.5M gain" and estimated "$2.5M" tax on the sale. Mr. Brugnara also provided "Net Income/Loss" for 2000. In this amount, Mr. Brugnara included $7.2 million gain from the sale of "814 Mission" and $2.4 million gain from the sale of "939 Market." Mr. Brugnara stated the total gain was "$9.6M" and estimated "$1.96M tax."

5.    On March 2, 2001, PBTK sent Mr. Brugnara an additional letter asking for information about his statements that he earned $7,200,000 from the sale of 814 Mission Street and $2,400,000 from the sale of 939 Market Street to determine his tax liability.

6.    Mr. Brugnara sent a response on March 3, 2001. In his response he stated that he purchased 814 Mission Street in "December 1993" and sold the property in "January 2000." Mr. Brugnara also stated he purchased the property for "$2.8M" and sold the building in 2000 for $12M". Mr. Brugnara provided certain costs to support the realized gain of $7.2 million. Mr. Brugnara also stated that he purchased "939 Market" Street in "May 1993" for "$2.5M" and sold the property in "January 2000" for "$8M." Mr. Brugnara provided costs to support the realized gain of $2.4 million.

7.    Prior to receiving these amounts, on February 16, 2001, PBTK advised Mr. Brugnara that the sale or exchange of any property is reported on a tax return on, for example, a Schedule D, Form 4797, or Form 6252.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on 19 day of April, 2010, at Las Vegas, Nevada.

                                                                           /s/ William Nelson

                                                                               William Nelson