JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN STRETCH
Chief, Criminal Division
THOMAS M. NEWMAN
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6805
 Fax: (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 08-222-WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF TROY CROWTHER |
| LUKE D. BRUGNARA, | ) |
| Defendant. | ) |

I, Troy Crowther, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a principal in the firm Piercy, Bowler, Taylor & Kern ("PBTK"), which is an accounting firm located in Nevada.

2. In late 2000, Luke Brugnara engaged PBTK when he was applying for a gaming license. PBTK was hired to review Mr. Brugnara's financial records, including his tax returns.

3. On February 27, 2001, I sent a letter to Mr. Brugnara stating, among other things, that his entities, whether S Corporations or C Corporations are required to timely file tax returns regardless of the amount of income or loss. I also advised that the income, expenses, and other deductions of a regular corporation may not be reported on a pass-through basis by a regular corporations' shareholders. I also noted in the letter that Mr. Brugnara's tax returns for 1994-1999 "omit" the schedule for net operating and/or passive loss carryovers and "omit" the Alternative Minimum Tax Form.

4. On February 27, 2001, Mr. Brugnara called PBTK and asked that we "delete" this

1  letter from our computers.

2  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on __19__ day of __April__, 2010, at __Las Vegas__, Nevada.

*[signature]*

**TROY CROWTHER**

*Declaration of Troy Crowther*
*Case No. 08-cr-222-WHA*                          -2-