# LUKE BRUGNARA

## TAX LOSS CALCULATION

Sch 1

| | | | Taxable Gain | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gains from the Sale of Real Property | Date Sold | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Reference |
| 171 2nd Street, San Francisco, CA | 12/23/99 | | $3,669,906.92 | | | | | Sch 2a |
| 810-814 Mission St., San Francisco, CA | 01/05/00 | | | $9,069,282.34 | | | | Sch 2b |
| 935-939 Market St., San Francisco, CA | 01/13/00 | | | $6,522,399.14 | | | | Sch 2c |
| 490 Post St., San Francisco, CA | 05/16/01 | | | | $21,534,993.88 | | | Sch 2d |
| 3025 S. Las Vegas Blvd., Las Vegas, NV | 05/01/02 | | | | | $10,850,111.41 | | Sch 2e |
| 36 San Jacinto Way, San Francisco, CA | 10/15/02 | | | | | $441,107.00 | | Sch 2f |
| 38 San Jacinto Way, San Francisco, CA | 07/03/03 | | | | | | $305,689.80 | Sch 2g |
| TOTAL GAINS FROM PROPERTY SALES | | $0.00 | $3,669,906.92 | $15,591,681.48 | $21,534,993.88 | $11,291,218.41 | $305,689.80 | |
| Rental Income/Loss | | | | | | | | |
| Rents | | $7,424,056.03 | $9,918,186.45 | $10,323,197.77 | $9,027,867.78 | $4,068,000.00 | $4,054,000.00 | per return |
| Operating Expenses | | ($1,369,001.21) | ($9,744,174.89) | ($10,371,950.06) | ($9,144,496.91) | ($1,260,000.00) | ($1,087,000.00) | per return |
| Depreciation | | ($959,126.46) | ($1,094,413.78) | ($1,439,668.02) | ($1,168,014.74) | ($798,041.82) | ($672,384.46) | Sch 3 |
| Debt Service Interest | | ($6,653,071.81) | | | | | | per return |
| Interest Points per Annum | | ($4,144,800.00) | ($8,819,800.00) | ($8,819,800.00) | ($7,540,000.00) | ($5,406,000.00) | | per return |
| NET PROFIT FROM RENTALS | | ($5,701,943.45) | ($9,740,202.22) | ($10,308,220.31) | ($8,824,643.87) | ($5,675,041.82) | ($3,111,384.46) | |
| TOTAL INCOME (before Net Operating Loss) | | ($5,701,943.45) | ($6,070,295.31) | $5,283,461.17 | $12,710,350.01 | $5,616,176.59 | ($2,805,694.66) | |
| Net Operating Loss Deduction | | | | | | | | |
| Carryover from 1998 | | | | ($5,701,943.45) | ($418,482.27) | | | |
| Carryover from 1999 | | | | | ($6,070,295.31) | | | |
| ADJUSTED GROSS INCOME | | ($5,701,943.45) | ($6,070,295.31) | ($418,482.27) | $6,221,572.44 | $5,616,176.59 | ($2,805,694.66) | |
| Less: Standard Deduction | | | ($3,550.00) | ($3,600.00) | ($3,675.00) | ($3,800.00) | ($3,925.00) | ($4,750.00) | per return |
| Less: Exemption Deduction | | | ($8,100.00) | ($11,000.00) | ($11,200.00) | $0.00 | $0.00 | ($18,300.00) | per return |
| TAXABLE INCOME | | ($5,713,593.45) | ($6,084,895.31) | ($433,357.27) | $6,217,772.44 | $5,612,251.59 | ($2,828,744.66) | |
| Regular Tax on Above | | $0.00 | $0.00 | $0.00 | $1,241,295.00 | $1,120,115.00 | $0.00 | Sch 4a & 4b |
| Plus: Alternative Minimum Tax | | $0.00 | $0.00 | $104,907.40 | $0.00 | $447.32 | $0.00 | Sch AMT-1 |
| Less: Child Tax Credit | | | | ($1,000.00) | $0.00 | $0.00 | $0.00 | |
| Corrected Tax | | $0.00 | $0.00 | $103,907.40 | $1,241,295.00 | $1,120,562.32 | $0.00 | |
| Tax per Returns | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | returns |
| Tax Loss | | $0.00 | $0.00 | $103,907.40 | $1,241,295.00 | $1,120,562.32 | $0.00 | |
| TOTAL TAX LOSS | | | | | | | $2,465,764.72 | |