**LUKE BRUGNARA** **Sch 2a**

| **SUMMARY OF REAL ESTATE GAINS** | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***171 2nd Street, San Francisco, CA*** | | | | *Exhibit* | *Description* |
| Sale Date: | 12/23/99 | | | W6-1 | Final Escrow Settlement Stmnt |
| Seller: | Brugnara Corp. | | | W6-1 | Final Escrow Settlement Stmnt |
| Gross Sales Price | $4,300,000.00 | | | W6-1 | Final Escrow Settlement Stmnt |
| Less: Selling Expenses | ($186,355.00) | | | Sch 10a | Details from Sales Escrow |
| Amount Realized | | $4,113,645.00 | | | |
| | | | | | |
| Purchase Date: | 06/15/93 | | | TC Ex J - TC 001445 | Buyer's Settlement Stmnt |
| Buyer: | Brugnara Corp | | | TC Ex J - TC 001445 | Buyer's Settlement Stmnt |
| Purchase Price: | $500,000.00 | | | TC Ex J - TC 001445 | Buyer's Settlement Stmnt |
| Plus: Purchase Expenses | $2,345.00 | | | Sch 10b | Detals from Purc Escrow |
| Less: Depreciation | ($58,606.92) | | | | See below |
| Adjusted Basis | | $443,738.08 | | | |
| **Gain on Sale** | | | **$3,669,906.92** | | |
| | | | | | |
| | | | | | |
| *Depreciation Calculation:* | | | | | |
| Total Cost | $502,345.00 | | | | |
| Cost Allocable to Land (30%) | $150,703.50 | | | | |
| Cost Allocable to Building (70%) | $351,641.50 | | | | |
| 1993 Deprec (6.5 months) | | $4,883.91 | | | |
| 1994 Deprec (39 Yr) | | $9,016.45 | | | |
| 1995 Deprec (39 Yr) | | $9,016.45 | | | |
| 1996 Deprec (39 Yr) | | $9,016.45 | | | |
| 1997 Deprec (39 Yr) | | $9,016.45 | | | |
| 1998 Deprec (39 Yr) | | $9,016.45 | | | |
| 1999 Deprec (11.5 months) | | $8,640.76 | | | |
| Total Depreciation | | $58,606.92 | | | |

C. Tonna 2/12/2010

| SUMMARY OF REAL ESTATE GAINS | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***810 - 814 Mission St., San Francisco*** | | | | *Exhibit* | *Description* |
| Sale Date: | 01/05/00 | | | W6-2 | Final Escrow Settlement |
| Seller: | Brugnara Corp | | | W6-2 | Final Escrow Settlement |
| Gross Sales Price | $12,000,000.00 | | | W6-2 | Final Escrow Settlement |
| Less: Selling Expenses | ($408,168.00) | | | Sch 11a | Details from Sales Escrow |
| Amount Realized | | $11,591,832.00 | | | |
| | | | | | |
| Purchase Date: | 12/07/93 | | | TC Ex K - TC001519 | Buyer's Closing Stmnt |
| Buyer: | Brugnara Corp. | | | TC Ex K - TC001519 | Buyer's Closing Stmnt |
| Purchase Price: | $2,700,000.00 | | | TC Ex K - TC001519 | Buyer's Closing Stmnt |
| Plus: Purchase Expenses | $131,742.00 | | | Sch 11b | Details from Purch Escrow |
| Less: Depreciation | ($309,192.34) | | | | See below |
| Adjusted Basis | | $2,522,549.66 | | | |
| **Gain on Sale** | | | **$9,069,282.34** | | |
| | | | | | |
| | | | | | |
| *Depreciation Calculation:* | | | | | |
| Total Cost | $2,831,742.00 | | | | |
| Cost Allocable to Land (30%) | $849,522.60 | | | | |
| Cost Allocable to Building (70%) | $1,982,219.40 | | | | |
| 1993 Deprec (0.5 months) | | $2,117.76 | | | |
| 1994 Deprec (39 Yr) | | $50,826.14 | | | |
| 1995 Deprec (39 Yr) | | $50,826.14 | | | |
| 1996 Deprec (39 Yr) | | $50,826.14 | | | |
| 1997 Deprec (39 Yr) | | $50,826.14 | | | |
| 1998 Deprec (39 Yr) | | $50,826.14 | | | |
| 1999 Deprec (39 Yr) | | $50,826.14 | | | |
| 2000 Deprec (0.5 months) | | $2,117.76 | | | |
| Total Depreciation | | $309,192.34 | | | |

**LUKE BRUGNARA** **Sch 2c**

| SUMMARY OF REAL ESTATE GAINS | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***935 - 939 Market St., San Francisco*** | | | | *Exhibit* | *Description* |
| Sale Date: | 01/20/00 | | | W6-3 pg 1 | Final Escrow Settlement |
| Seller: | Brugnara Corp. | | | W6-3 pg 1 | Final Escrow Settlement |
| Gross Sales Price | $8,590,000.00 | | | W6-3 pg 1 | Final Escrow Settlement |
| Less: Selling Expenses | ($262,368.00) | | | Sch 12a | Details of Sales Escrow |
| Amount Realized | | $8,327,632.00 | | | |
| | | | | | |
| Purchase Date: | 05/07/93 | | | T.C. Ex. H - TC001167 | Buyer's Settlmnt Stmnt |
| Buyer: | Brugnara Corp. | | | T.C. Ex. H - TC001167 | Buyer's Settlmnt Stmnt |
| Purchase Price: | $2,100,000.00 | | | T.C. Ex. H - TC001167 | Buyer's Settlmnt Stmnt |
| Plus: Purchase Expenses | $19,186.40 | | | Sch 12c | Details of Purch Escrow |
| Less: Depreciation | ($313,953.54) | | | see below | |
| Adjusted Basis | | $1,805,232.86 | | | |
| **Gain on Sale** | | | **$6,522,399.14** | | |
| | | | | | |
| *Depreciation Calculation:* | | | | | |
| Total Cost | $2,119,186.40 | | | | |
| Cost Allocable to Land (30%) | $635,755.92 | | | | |
| Cost Allocable to Building (70%) | $1,483,430.48 | | | | |
| 1993 Deprec (7.5 months) | | $29,433.14 | | | |
| 1994 Deprec (31.5 Yr) | | $47,093.03 | | | |
| 1995 Deprec (31.5 Yr) | | $47,093.03 | | | |
| 1996 Deprec (31.5 Yr) | | $47,093.03 | | | |
| 1997 Deprec (31.5 Yr) | | $47,093.03 | | | |
| 1998 Deprec (31.5 Yr) | | $47,093.03 | | | |
| 1999 Deprec (31.5 Yr) | | $47,093.03 | | | |
| 2000 Deprec (0.5 months) | | $1,962.21 | | | |
| Total Depreciation | | $313,953.54 | | | |

**LUKE BRUGNARA**

**Sch 2d**

| **SUMMARY OF REAL ESTATE GAINS** | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***490 Post Street, San Francisco, CA*** | | | | *Exhibit* | *Description* |
| Sale Date: | 05/16/01 | | | W6-5 pg 1 | Final Escrow Settlement |
| Seller: | Brugnara Prop. III | | | W6-5 pg 1 | Final Escrow Settlement |
| Gross Sales Price | $43,960,186.01 | | | W6-5 pg 1 | Final Escrow Settlement |
| Less: Selling Expenses | $0.00 | | | Sch 13a | Details of Sales Escrow |
| Amount Realized | | $43,960,186.01 | | | |
| | | | | | |
| Purchase Date: | 01/27/98 | | | W6-4 pg 1 | Final Escrow Settlement |
| Buyer: | Brugnara Prop. III | | | W6-4 pg 1 | Final Escrow Settlement |
| Purchase Price: | $23,500,000.00 | | | W6-4 pg 1 | Final Escrow Settlement |
| Plus: Purchase Expenses | $352,249.81 | | | Sch 13b | Details of Purch Escrow |
| Less: Depreciation | ($1,427,057.68) | | | | see below |
| Adjusted Basis | | $22,425,192.13 | | | |
| **Gain on Sale** | | | **$21,534,993.88** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| *Depreciation Calculation:* | | | | | |
| Total Cost | $23,852,249.81 | | | | |
| Cost Allocable to Land (30%) | $7,155,674.94 | | | | |
| Cost Allocable to Building (70%) | $16,696,574.87 | | | | |
| 1998 Deprec (11.5 months) | | $410,279.08 | | | |
| 1999 Deprec (39 Yr) | | $428,117.30 | | | |
| 2000 Deprec (39 Yr) | | $428,117.30 | | | |
| 2001 Deprec (4.5 months) | | $160,543.99 | | | |
| Total Depreciation | | $1,427,057.68 | | | |

C. Tonna 2/12/2010

**LUKE BRUGNARA** **Sch 2e**

| **SUMMARY OF REAL ESTATE GAINS** | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***3025 South Las Vegas Blvd., Las Vegas, NV (Lot 1)*** | | | | *Exhibit* | *Description* |
| Sale Date: | 05/01/02 | | | W6-7 pg 1 | Final Escrow Settlement |
| Seller: | Brugnara Prop V LLC | | | W6-7 pg 1 | Final Escrow Settlement |
| Gross Sales Price | $31,300,000.00 | | | W6-7 pg 1 | Final Escrow Settlement |
| Less: Selling Expenses | ($2,646,434.74) | | | Sch 14a | Details of Sales Escrow |
| Amount Realized | | $28,653,565.26 | | | |
| | | | | | |
| Purchase Date: | 10/20/99 | | | W6-6 pg 1 | Final Escrow Settlement |
| Buyer: | Brugnara Prop V LLC | | | W6-6 pg 1 | Final Escrow Settlement |
| Purchase Price: | $18,663,337.17 | | | Sch 14b | Details of Purch Escrow |
| Plus: Purchase Expenses | $5,756.27 | | | Sch 14b | Details of Purch Escrow |
| Less: Depreciation | ($865,639.59) | | | | see below |
| Adjusted Basis | | $17,803,453.85 | | | |
| **Gain on Sale** | | | **$10,850,111.41** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| *Depreciation Calculation:* | | | | | |
| Total Cost | $18,669,093.44 | | | | |
| Cost Allocable to Land (30%) | $5,600,728.03 | | | | |
| Cost Allocable to Building (70%) | $13,068,365.41 | | | | |
| 1999 Deprec (2.5 months) | | $69,809.64 | | | |
| 2000 Deprec (39 Yr) | | $335,086.29 | | | |
| 2001 Deprec (39 Yr) | | $335,086.29 | | | |
| 2002 Deprec (4.5 months) | | $125,657.36 | | | |
| Total Depreciation | | $865,639.59 | | | |

C. Tonna 2/12/2010

**LUKE BRUGNARA**

**Sch 2f**

| **SUMMARY OF REAL ESTATE GAINS** | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***36 San Jacinto, San Francisco*** | | | | *Exhibit* | *Description* |
| Sale Date: | 10/15/02 | | | W6-8 pg 1 | Final Escrow Settlement |
| Seller: | Brugnara Corporation | | | W6-8 pg 1 | Final Escrow Settlement |
| Gross Sales Price | $950,000.00 | | | W6-8 pg 1 | Final Escrow Settlement |
| Less: Selling Expenses | ($54,643.00) | | | Sch 15a | Details of Sales Escrow |
| Amount Realized | | $895,357.00 | | | |
| | | | | | |
| Purchase Date: | 11/17/94 | | | TC Ex. M | Escrow Closing Stmnt |
| Buyer: | Brugnara Corp. | | | TC Ex. M | Escrow Closing Stmnt |
| Purchase Price: | $450,000.00 | | | TC Ex. M | Escrow Closing Stmnt |
| Plus: Purchase Expenses | $4,250.00 | | | Sch 15b | Details of Purch Escrow |
| Less: Depreciation | na | | | | |
| Adjusted Basis | | $454,250.00 | | | |
| **Gain on Sale** | | | **$441,107.00** | | |

C. Tonna 2/12/2010

**LUKE BRUGNARA** **Sch 2g**

| **SUMMARY OF REAL ESTATE GAINS** | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ***38 San Jacinto, San Francisco*** | | | | *Exhibit* | *Description* |
| Sale Date: | 07/03/03 | | | W6-9 pg 1 | Final Escrow Settlement |
| Seller: | Brugnara Corp. | | | W6-9 pg 1 | Final Escrow Settlement |
| Gross Sales Price | $1,400,000.00 | | | W6-9 pg 1 | Final Escrow Settlement |
| Less: Selling Expenses | ($88,580.00) | | | Sch 16a | Details of Sales Escrow |
| Amount Realized | | $1,311,420.00 | | | |
| | | | | | |
| Purchase Date: | 07/01/94 | | | TC Ex N - TC001649 | Buyer's Closing Statement |
| Buyer: | Brugnara Corp. | | | TC Ex N - TC001649 | Buyer's Closing Statement |
| Purchase Price: | $1,000,000.00 | | | TC Ex N - TC001649 | Buyer's Closing Statement |
| Plus: Purchase Expenses | $5,730.20 | | | Sch 16b | Details of Purch Escrow |
| Less: Depreciation | na | | | | |
| Adjusted Basis | | $1,005,730.20 | | | |
| **Gain on Sale** | | | **$305,689.80** | | |

C. Tonna 2/12/2010