**LUKE BRUGNARA**  Sch 3

## DEPRECIATION CALCULATIONS

| Property | Purchase Date | Basis | Depreciable Basis (70%) | Sale Date | Recovery Period | Depreciation | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| 171 2nd Street, San Francisco, CA | 06/15/93 | $502,345 | $351,642 | 12/23/99 | 39 | $9,016 | $8,641 | | | | |
| 810-814 Mission St., San Francisco, CA | 12/07/93 | $2,831,742 | $1,982,219 | 01/05/00 | 39 | $50,826 | $50,826 | $2,118 | | | |
| 935-939 Market St., San Francisco, CA | 05/07/93 | $2,119,186 | $1,483,430 | 01/20/00 | 31.5 | $47,093 | $47,093 | $1,962 | | | |
| 490 Post St., San Francisco, CA | 01/27/98 | $23,852,250 | $16,696,575 | 05/16/01 | 39 | $410,279 | $428,117 | $428,117 | $160,544 | | |
| 3025 S. Las Vegas Blvd., Las Vegas (Lot 1) | 10/20/99 | $18,669,093 | $13,068,365 | 05/01/02 | 39 | | $69,810 | $335,086 | $335,086 | $125,657 | |
| 3025 S. Las Vegas Blvd., Las Vegas (Lot 2&3) | 10/20/99 | $12,840,622 | $8,988,435 | na | 39 | | $48,015 | $230,473 | $230,473 | $230,473 | $230,473 |
| 201 Sansome St., San Francisco, CA | 01/10/97 | $6,014,230 | $4,310,198 | na | 39 | $110,518 | $110,518 | $110,518 | $110,518 | $110,518 | $110,518 |
| 351 California St., San Francisco, CA | 07/17/97 | $18,463,372 | $12,924,360 | na | 39 | $331,394 | $331,394 | $331,394 | $331,394 | $331,394 | $331,394 |
| **Total Depreciation** | | | | | | **$959,126** | **$1,094,414** | **$1,439,668** | **$1,168,015** | **$798,042** | **$672,384** |
| | | | | | | | | | | | |
| Depreciation per Returns | | | | | | $1,112,551 | $1,205,589 | $1,670,779 | $1,427,847 | $1,012,000 | $670,000 |
| | | | | | | | | | | | |
| Difference | | | | | | ($153,425) | ($111,175) | ($231,111) | ($259,832) | ($213,958) | $2,384 |

Notes:
No depreciation was allowed for the following properties, since they were not used in a trade or business: 36 San Jacinto Way, 38 San Jacinto Way, 224 Sea Cliff Ave., 4850 Redwood Retreat.
The mid-month convention was used to calculate depreciation in the year of acquisition and disposition.
Basis in 201 Sansome and 351 California based on Kraashaur's calculation from audit of 1997 return.
70% of total cost was allocated to depreciable basis except for 201 Sansome St., where the prior agent determined a slightly higher depreciable basis.

C. Tonna 2/12/2010