Sch 4a

| | | |
|---|---|---|
| Name of Taxpayer: | Luke D. Brugnara | 02/12/2010 |
| Identification Number: | Total | 11.00.00 |

## 2001 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| 1. Short-term capital gain or loss | 0.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 0.00 |
| 4. Long-term capital gain or loss | 21,534,993.88 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 21,534,993.88 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 21,534,993.88 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 21,534,993.88 |
| 10. Capital Gain or Loss - Per Return | 0.00 |
| 11. Line 9 less line 10 - Adjustment to Income | 21,534,993.88 |

### CORRECTED CARRYOVER

| | |
|---|---:|
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

### COMPUTATION OF ALTERNATIVE TAX

| | | |
|---|---:|---:|
| 14. Unrecaptured 1250 gain | | 0.00 |
| 15. Taxable Income | | 6,217,772.79 |
| 16. Smaller of line 6 or line 7 | | 21,534,993.88 |
| 17. Form 4952, line 4e | | 0.00 |
| 18. Subtract line 17 from line 16 (not less than 0) | | 21,534,993.88 |
| 19. Subtract line 18 from line 15 (not less than 0) | | 0.00 |
| 20. Tax on the amount on line 19 | | 0.00 |
| 21. Smaller of line 15 or | 22,600.00 | 22,600.00 |
| 22. Amount from line 19 | | 0.00 |
| 23. Subtract line 22 from line 21 (not less than 0) | | 22,600.00 |
| 24. Qualified 5-year gain | | 0.00 |
| 25. Smaller of line 23 or line 24 | | 0.00 |
| 26. Multiply line 25 by 8% | | 0.00 |
| 27. Subtract line 25 from line 23 | | 22,600.00 |
| 28. Multiply line 27 by 10% | | 2,260.00 |
| 29. Smaller of line 15 or line 18 | | 21,534,993.88 |
| 30. Amount from line 23 | | 22,600.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | | 6,195,172.79 |
| 32. Multiply line 31 by 20% | | 1,239,034.56 |
| 33. Alternative Tax, sum of lines 20, 26, 28, and 32 | | 1,241,294.56 |

Sch 4b

| | | |
|---|---|---|
| Name of Taxpayer: | Luke D. Brugnara | 02/12/2010 |
| Identification Number: | Total | 11.00.00 |

## 2002 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| 1. Short-term capital gain or loss | 0.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 0.00 |
| 4. Long-term capital gain or loss | 11,291,218.41 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 11,291,218.41 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 11,291,218.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 11,291,218.00 |
| 10. Capital Gain or Loss - Per Return | 0.00 |
| 11. Line 9 less line 10 - Adjustment to Income | 11,291,218.00 |

### CORRECTED CARRYOVER

| | |
|---|---:|
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

### COMPUTATION OF ALTERNATIVE TAX

| | | |
|---|---:|---:|
| 14. Unrecaptured 1250 gain | | 0.00 |
| 15. Taxable Income | | 5,612,251.00 |
| 16. Smaller of line 6 or line 7 | | 11,291,218.00 |
| 17. Form 4952, line 4e | | 0.00 |
| 18. Subtract line 17 from line 16 (not less than 0) | | 11,291,218.41 |
| 19. Subtract line 18 from line 15 (not less than 0) | | 0.00 |
| 20. Tax on the amount on line 19 | | 0.00 |
| 21. Smaller of line 15 or | 23,350.00 | 23,350.00 |
| 22. Amount from line 19 | | 0.00 |
| 23. Subtract line 22 from line 21 (not less than 0) | | 23,350.00 |
| 24. Qualified 5-year gain | | 0.00 |
| 25. Smaller of line 23 or line 24 | | 0.00 |
| 26. Multiply line 25 by 8% | | 0.00 |
| 27. Subtract line 25 from line 23 | | 23,350.00 |
| 28. Multiply line 27 by 10% | | 2,335.00 |
| 29. Smaller of line 15 or line 18 | | 11,291,218.41 |
| 30. Amount from line 23 | | 23,350.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | | 5,588,901.00 |
| 32. Multiply line 31 by 20% | | 1,117,780.00 |
| 33. Alternative Tax, sum of lines 20, 26, 28, and 32 | | 1,120,115.00 |