LUKE BRUGNARA                                                                                             Sch 10a

| DETAILS FROM SALES ESCROW FOR 171 2ND STREET, SAN FRANCISCO | | | | | | |
|---|---|---|---|---|---|---|
| Description | Sales Price | Selling Expenses | Deductible Expenses | Loan Payoffs | To Brugnara Corp. | Exhibit |
| Sales Price | $4,300,000.00 | | | | | W6-1 pg 1 |
| Pay Colliers A Comission of | | $132,955.00 | | | | W6-1 pg 1 |
| Credit Buyer Toward Exception re Order of Abatement | | $20,000.00 | | | | W6-1 pg 1 |
| Pay Unpaid Balance of Loan to Owens Financial w Interest to 10-1-99 | | | | $1,100,000.00 | | W6-1 pg 1 |
| Interest from 10-1-99 to 11-1-99 | | | $10,541.67 | | | W6-1 pg 1 |
| Interest from 11-1-99 to 12-1-99 | | | $10,541.67 | | | W6-1 pg 1 |
| Interest from 12-1-99 to receipt | | | $8,081.94 | | | W6-1 pg 1 |
| Late Charges for 2-99, 7-99, 9-99, and 11-99 | | | $4,216.64 | | | W6-1 pg 1 |
| Late Charges for 12-99 | | | $1,054.16 | | | W6-1 pg 1 |
| Insurance Advances Thru September | | | $22,091.22 | | | W6-1 pg 1 |
| Insurance Advances for Oct & Nov | | | $2,454.58 | | | W6-1 pg 1 |
| Insurance Advance for Dec | | | $1,227.29 | | | W6-1 pg 1 |
| Interest on Advances Thru 11-23-99 | | | $2,405.36 | | | W6-1 pg 1 |
| Interest on Advances From 11-23-99 to Receipt | | | $266.94 | | | W6-1 pg 1 |
| Prepayment Penalty | | | $33,000.00 | | | W6-1 pg 1 |
| Demand Fee | | $60.00 | | | | W6-1 pg 1 |
| Pay Investors Yield Inc, Trustee | | $65.00 | | | | W6-1 pg 1 |
| Pay Portion of Unpaid Bal of $9.4M Loan to Owens Financial Which includes Release, Reconveyance and Forwarding Fees of $225. | | $225.00 | | $2,669,088.93 | | W6-1 pg 1 |
| Pick's Fees for Releasing $3,350,000 Deed of Trust | | $30.00 | | | | W6-1 pg 1 |
| Pick's Fees for Releasing $5,500,000 Deed of Trust | | $30.00 | | | | W6-1 pg 1 |
| Pick's Fees for Releasing $500,000 Deed of Trust | | $30.00 | | | | W6-1 pg 1 |
| Pay Brugnara Corporation | | | | | $150,000.00 | W6-1 pg 1 |
| Pay City & County of SF for Release of Judgment per Their Demand | | | $53,126.43 | | | W6-1 pg 2 |
| Pay Water Dept A/C #257451054 Lien | | | $379.56 | | | W6-1 pg 2 |
| Pay Water Dept A/C #257449041 Lien | | | $2,836.68 | | | W6-1 pg 2 |
| 1st Installment for 1999-00 Taxes on Block 3721 Lot 25 Incl Penalty | | | $6,848.64 | | | W6-1 pg 2 |
| Credit Buyer for Water Lien Amount Contained in Second Installment of 1999-00 Taxes | | | $3,048.45 | | | W6-1 pg 2 |
| Pro Rata Taxes (less Water Lien) on APN 3721-25 From Closing to 1-1-00 | | | ($141.20) | | | W6-1 pg 2 |
| Pro Rata Rental Income of $32,658.91 per Month from Closing to 1-1-00 | | | $8,709.04 | | | W6-1 pg 2 |
| Credit Buyer Security Deposits of | | | $23,867.00 | | | W6-1 pg 2 |
| City of SF Real Property Transfer Tax | | $32,250.00 | | | | W6-1 pg 2 |
| Document Preparation/Notary Fees | | $250.00 | | | | W6-1 pg 2 |
| Courier Services | | $200.00 | | | | W6-1 pg 2 |
| UCC Filing Services | | $80.00 | | | | W6-1 pg 2 |
| Recording Services | | $180.00 | | | | W6-1 pg 2 |
| TOTALS | $4,300,000.00 | $186,355.00 | $194,556.07 | $3,769,088.93 | $150,000.00 | |
| | | | | Total Payments: | $4,300,000.00 | |

C. Tonna 2/12/2010

LUKE BRUGNARA                                                                                         Sch 10b

| DETAILS FROM PURCHASE ESCROW FOR 171 2ND STREET, SAN FRANCISCO | | | | | | X-10 |
|---|---|---|---|---|---|---|
| Description | Purchase Price | Purchase Expenses | Deductible Expenses | Loan-Related Expenses | Due to Buyer | Exhibit |
| Purchase Price | $500,000.00 | | | | | TC Ex J  TC001445 |
| Loan Origination Fee | | | | $60,000.00 | | TC Ex J  TC001445; TC001478 |
| Attorney's Fee to Hanson, Bridgett, Marcus | | | | $7,400.00 | | TC Ex J  TC001445 |
| Interest Reserves Reserve | | | | $60,000.00 | | TC Ex J  TC001445; TC001480 |
| Hazard Ins Premium to Paul M Nippert Co. | | | $8,700.00 | | | TC Ex J  TC001445 |
| County Taxes from 6/15/93 ot 7/1/93 | | | $1,069.32 | | | TC Ex J  TC001445 |
| Lender's Policy - 171 2nd St. | | $826.00 | | | | TC Ex J  TC001445 |
| Lender's Policy - 939 Market | | $826.00 | | | | TC Ex J  TC001445 |
| Delivery/Courier Charges | | $10.00 | | | | TC Ex J  TC001445 |
| Recording Fees | | $208.00 | | | | TC Ex J  TC001445 |
| Escrow Fees | | $425.00 | | | | TC Ex J  TC001445 |
| Notary Fee | | $40.00 | | | | TC Ex J  TC001445 |
| Filing Fee for UCC-1 | | $10.00 | | | | TC Ex J  TC001445 |
| Funds Due to Buyer | | | | | $10,485.68 | TC Ex J  TC001445 |
| TOTALS | $500,000.00 | $2,345.00 | $9,769.32 | $127,400.00 | $10,485.68 | |
| | | Total Payments: | | | $150,000.00 | |

C. Tonna 2/12/2010