**LUKE BRUGNARA**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Sch 11a**

| Description | Sales Price | Selling Expenses | Deductible Expenses | Loan Payoffs | Exhibit |
|---|---|---|---|---|---|
| **DETAILS FROM SALES ESCROW FOR 810 - 814 MISSION ST., SAN FRANCISCO** | | | | | |
| Sale Price | $12,000,000.00 | | | | W6-2 pg 1 |
| Pay Colliers A Commission Of | | $240,000.00 | | | W6-2 pg 1, 3 |
| Pay Corinthian Schools | | | $462,086.45 | | W6-2 pg 1, 6 |
| Pay Corinthian Schools 902.06 per day from Closing to 2-1-00 | | | $21,649.44 | | W6-2 pg 1, 6 |
| Pay Nick Shameyah Legal Fees | | $25,000.00 | | | W6-2 pg 1 |
| Pay Unpaid Balance of Loan to Fremont Investments w Interest paid to 11-1-99 | | | | $2,648,010.49 | W6-2 pg 1, 19 |
| Pay Late Charges of | | | $32,904.71 | | W6-2 pg 1, 19 |
| Pay Interest from 11-1-99 to 12-10-99 | | | $28,066.97 | | W6-2 pg 1, 19 |
| Pay Interest from 12-10-99 to Receipt | | | $19,620.02 | | W6-2 pg 1, 19 |
| December Late Fee | | | $2,481.50 | | W6-2 pg 1, 19 |
| Demand Fee | | $60.00 | | | W6-2 pg 1, 19 |
| Forwarding Fee | | $65.00 | | | W6-2 pg 1, 19 |
| Update and Fax | | $50.00 | | | W6-2 pg 1, 19 |
| Pay all of the Remaining Balance of the $9.4M Loan to Owens Financial w Interest Paid to 11-1-99 | | | | $6,677,911.07 | W6-2 pg 1, 20 |
| Interest From 11-1-99 to 12-23-99 | | | $168,765.28 | | W6-2 pg 1, 20 |
| Pay Interest From 12-23-99 to Receipt | | | $37,099.52 | | W6-2 pg 1, 20 |
| Late Charges | | | $9,736.45 | | W6-2 pg 1, 20 |
| Demand Fee | | $60.00 | | | W6-2 pg 1, 20 |
| Pay Investors Yield | | $65.00 | | | W6-2 pg 1, 20 |
| Credit for Overpayment On Loan #50349 | | | | ($1,399.07) | W6-2 pg 1, 20 |
| Reconveyance Fee | | $100.00 | | | W6-2 pg 1 |
| Forwarding Fee | | $65.00 | | | W6-2 pg 1 |
| Statement Fee | | $60.00 | | | W6-2 pg 1 |
| David Pick Law Corporation | | $50,833.00 | | | W6-2 pg 1 |
| Pay All or Portion of the $1,860,000 Loan to David Pick | | | | $101,065.79 | W6-2 pg 1 |
| Pay Interest from 1-1-00 to Receipt | | | $12,503.37 | | W6-2 pg 1 |
| Forwarding Fee | | $60.00 | | | W6-2 pg 1 |
| Partial Release Fee | | $75.00 | | | W6-2 pg 1 |
| Notary Fee | | $30.00 | | | W6-2 pg 1 |
| Pay 78% of Balance of $3,350,000 Loan to David Pick Investments Group | | | | $663,000.00 | W6-2 pg 2, 22 |
| Interest from 1-1-00 to Receipt | | | $2,836.12 | | W6-2 pg 2 |
| Pay 22% of Balance of the $3,350,000 Loan to David Pick | | | | $187,000.00 | W6-2 pg 2, 22 |
| Interest from 1-1-00 to Receipt | | | $799.96 | | W6-2 pg 2 |
| Forwarding Fee | | $60.00 | | | W6-2 pg 2 |
| Partial Release Fee | | $75.00 | | | W6-2 pg 2 |
| Notary Fee | | $30.00 | | | W6-2 pg 2 |
| Pay All or Portion of The $5.5M Loan to Malibu Vista Prtnrs and Encino Riviera Investors- None | | | | $0.00 | W6-2 pg 2 |

**LUKE BRUGNARA**                                    **Sch 11a**

| DETAILS FROM SALES ESCROW FOR 810 - 814 MISSION ST., SAN FRANCISCO | | | | | |
|---|---|---|---|---|---|
| Description | Sales Price | Selling Expenses | Deductible Expenses | Loan Payoffs | Exhibit |
| Forwarding Fee | | $60.00 | | | W6-2 pg 2 |
| Partial Release Fee | | $75.00 | | | W6-2 pg 2 |
| Notary Fee | | $30.00 | | | W6-2 pg 2 |
| Balance of the $500,000 Loan to David Pick[1] | | | | $335,000.00 | W6-2 pg 2 |
| Interest from 1-1-00 to Receipt | | | $1,433.04 | | W6-2 pg 2 |
| Forwarding Fee | | $60.00 | | | W6-2 pg 2 |
| Partial Release Fee | | $75.00 | | | W6-2 pg 2 |
| Notary Fee | | $30.00 | | | W6-2 pg 2 |
| Pay SF Water Department | | | $11,004.56 | | W6-2 pg 2 |
| Pay SF Water Department | | | $860.07 | | W6-2 pg 2 |
| Pay Both Installments for 1999-00 Taxes on Block 3705 Lot 7 Incl Pen. | | | $60,763.42 | | W6-2 pg 2 |
| Pro Rata Taxes (Less Water Lien) on APN 3705-7 From Closing to 7-1-00 | | | ($15,990.60) | | W6-2 pg 2 |
| Pro Rata Rental Income of $64,647.52 per Month From Closing to 2-1-00 | | | $51,718.08 | | W6-2 pg 2 |
| Credit Buyer Security Deposits of | | | $71,777.13 | | W6-2 pg 2 |
| Pay SF Fire Department | | | $1,128.23 | | W6-2 pg 2 |
| City of SF Real Property Transfer Tax | | $90,000.00 | | | W6-2 pg 2 |
| Document Preparation/Notary Fees | | $250.00 | | | W6-2 pg 2 |
| Courier Services | | $200.00 | | | W6-2 pg 2 |
| UCC Filing Services | | $300.00 | | | W6-2 pg 2 |
| Recording Services | | $400.00 | | | W6-2 pg 2 |
| | $12,000,000.00 | $408,168.00 | $981,243.72 | $10,610,588.28 | |
| | | Total Payments: | | $12,000,000.00 | |
| [1]related to 1/27/98 purchase of 490 Post (W6-4 pg 3). | | | | | |

**LUKE BRUGNARA**  Sch 11b

| Description | Purchase Price | Purchase Expenses | Deductible Expense | Loan-Related Expenses | Due to Buyer | Exhibit |
|---|---|---|---|---|---|---|
| **DETAILS FROM PURCHASE ESCROW FOR 810-814 MISSION STREET, SAN FRANCISCO** | | | | | | |
| Purchase Price | $2,700,000.00 | | | | | TC Ex K - TC001519 |
| Credit Buyer for Security Deposits | | | | | | TC001519 |
| Prorate Taxes 12/6/93 to 1/1/94 | | | $6,145.75 | | | TC001519 |
| Commission | | $63,000.00 | | | | TC001519; TC001620 |
| Pay Demand of David Pick | | $63,000.00 | | | | TC001519 |
| Tax Service Fee | | $122.00 | | | | TC001519 |
| Escrow Fee | | $580.00 | | | | TC001519 |
| Document Preparation | | $150.00 | | | | TC001519 |
| Notary Fee | | $40.00 | | | | TC001519 |
| Title Premium (ALTA) Lender | | | | $3,813.60 | | TC001519 |
| Title Premium (ALTA) Lender | | | | $609.60 | | TC001519 |
| Federal Express/Courier Fee | | $30.00 | | | | TC001519 |
| Recording fees | | $320.00 | | | | TC001519 |
| Payment due thru escrow - Edward E.N. Brown | | | $3,000.00 | | | TC001519; TC001612 |
| Harry Blumenthal / Loan Fee | | | | $30,000.00 | | TC001519 |
| Al Ebneter / Loan Fee | | | | $30,000.00 | | TC001519 |
| Attorney Fees | | $4,500.00 | | | | TC001519 |
| Balance Due to Buyer | | | | | $26,837.88 | TC001519 |
| | $2,700,000.00 | $131,742.00 | $9,145.75 | $64,423.20 | $26,837.88 | |
| | | | Total Payments: | | $232,148.83 | |

C. Tonna 2/12/2010