**LUKE BRUGNARA**                                                                                                **Sch 12a**

| DETAILS FROM SALES ESCROW FOR 935 - 939 MARKET STREET, SAN FRANCISCO | | | | | |
|---|---|---|---|---|---|
| Description | Sales Price | Selling Expense | Deductible Expense | Loan Payoffs | Exhibit |
| Sales Price | $8,590,000.00 | | | | W6-3 pg 1 |
| Pay Colliers a Commission of | | $196,800.00 | | | W6-3 pg 1 |
| Pay Unpaid Balance of Loan to Owens Financial w Interest paid to 1-1-00 | | | | $4,000,000.00 | W6-3 pg 1 |
| Pay Interest from 1-1-00 to Receipt | | | $27,777.80 | | W6-3 pg 1 |
| Late Charges of | | | $49,091.42 | | W6-3 pg 1 |
| Credit for Late Charges Paid | | | ($300.00) | | W6-3 pg 1 |
| Credit for Late Charges Waived | | | ($12,499.98) | | W6-3 pg 1 |
| Advanced Legal Fees Amended to | | | $25,975.00 | | W6-3 pg 1 |
| UCC Filing | | $13.00 | | | W6-3 pg 1 |
| Forced Insurance 4/98 thru 12/99 | | | $68,727.75 | | W6-3 pg 1 |
| Interest on Forced Insurance | | | $2,199.89 | | W6-3 pg 1 |
| Credit for Reimbursement on Insurance | | | ($62,182.25) | | W6-3 pg 1 |
| Credit for Balance of Rent | | | ($27,234.13) | | W6-3 pg 1 |
| Additional Interest on Insurance Advances | | | $5,878.74 | | W6-3 pg 1 |
| Less Reimbursement for Add'l Interest on Insurance Advances | | | ($5,900.00) | | W6-3 pg 1 |
| Add'l Interest from 11-11-99 | | | $154.91 | | W6-3 pg 1 |
| Prepayment Penalty | | | $80,000.00 | | W6-3 pg 1 |
| Demand Fees | | $120.00 | | | W6-3 pg 1 |
| Pay Investors Yield Inc. | | $65.00 | | | W6-3 pg 1 |
| Pay 6/11 Portion of the $5.5M Loan to Malibu Vista Partners | | | | $2,189,849.83 | W6-3 pg 1 |
| Pay Add'l Principal | | | | $1,567.28 | W6-3 pg 1 |
| Pay Interest from 1-1-00 to Receipt | | | $26,666.60 | | W6-3 pg 1 |
| Pay 5/11 Portion of the $5.5M Loan to Encino Riviera Investors | | | | $1,824,874.86 | W6-3 pg 1 |
| Pay Add'l Principal | | | | $1,305.73 | W6-3 pg 1 |
| Pay Interest from 1-1-00 to Receipt | | | $22,222.20 | | W6-3 pg 2 |
| Forwarding Fee | | $60.00 | | | W6-3 pg 2 |
| Notary Fee | | $30.00 | | | W6-3 pg 2 |
| 1st Installment for 1999-00 Taxes on Block 3704 Lot 73 Incl Penalty | | | $19,460.23 | | W6-3 pg 2 |
| Pay SF Water Department | | | $13,366.04 | | W6-3 pg 2 |
| Pay SF Water Department | | | $789.96 | | W6-3 pg 2 |
| Pro Rata Taxes (Less Water Lien) on APN 3704-73 from 1-1-00 to Closing | | | $1,078.82 | | W6-3 pg 2 |
| Credit Buyer with Water Lien Contained in 2nd Installment | | | $7,741.11 | | W6-3 pg 2 |
| Credit Buyer with Fire Lien Contained in 2nd Installment | | | $50.00 | | W6-3 pg 2 |
| Pro Rata Rental Income of $84,293.75 Per Month from Closing to 2-1-00 | | | $30,907.69 | | W6-3 pg 2 |
| Credit Buyer Security Deposits of | | | $36,062.50 | | W6-3 pg 2 |
| SF Real Property Transfer Tax | | $64,425.00 | | | W6-3 pg 2 |

**LUKE BRUGNARA**  **Sch 12a**

| DETAILS FROM SALES ESCROW FOR 935 - 939 MARKET STREET, SAN FRANCISCO | | | | | |
|---|---|---|---|---|---|
| Description | Sales Price | Selling Expense | Deductible Expense | Loan Payoffs | Exhibit |
| Pay Partial Release Fee | | $225.00 | | | W6-3 pg 2 |
| Document Preparation/Notary Fee | | $250.00 | | | W6-3 pg 2 |
| Courier Services | | $100.00 | | | W6-3 pg 2 |
| UCC Filing Services | | $100.00 | | | W6-3 pg 2 |
| Recording Services | | $180.00 | | | W6-3 pg 2 |
| | $8,590,000.00 | $262,368.00 | $310,034.30 | $8,017,597.70 | |
| | | Total Payments: | | $8,590,000.00 | |

LUKE BRUGNARA                                                                                      Sch 12b

| DETAILS FROM PURCHASE ESCROW FOR 939 MARKET STREET, SAN FRANCISCO | | | | | | X-14 |
|---|---|---|---|---|---|---|
| Description | Purchase Price | Purchase Expenses | Deductible Expenses | Loan-Related Expenses | Other | Exhibit |
| Purchase Price | $2,100,000.00 | | | | | TC Ex H - TC001385 |
| Payoff Existing Loan w Owen | | | | $50,000.00 | | TC Ex H - TC001385 |
| Interest | | | $2,267.12 | | | TC Ex H - TC001385 |
| Payoff Existing Loan w H Blumenthal | | | | $33,666.67 | | TC Ex H - TC001385 |
| Payoff Existing Loan w Al Ebeneter | | | | $16,333.33 | | TC Ex H - TC001385 |
| Payoff Existing Loan w Hanson | | | | $5,000.00 | | TC Ex H - TC001385 |
| Loan Origination Fee | | | | $75,000.00 | | TC Ex H - TC001385 |
| Credit Report | | | | $20.00 | | TC Ex H - TC001385 |
| Processing Fee | | | | $500.00 | | TC Ex H - TC001385 |
| Search Fees/Courier Fees | | | | $106.00 | | TC Ex H - TC001385 |
| Attorney's Fees | | | | $2,540.88 | | TC Ex H - TC001385 |
| Loan Fees to Starboard Commercial Brokerage | | | | $3,000.00 | | TC Ex H - TC001385 |
| Hazard Ins Premium | | | $22,939.00 | | | TC Ex H - TC001385 |
| Loan Funds Withheld by Owens Fin | | | | | $952,469.34 | TC Ex H - TC001385 |
| County Taxes from 5/7/93 to 7/1/93 | | | $9,241.14 | | | TC Ex H - TC001385 |
| Reimbursement for Bills p | | | ($1,580.41) | | | TC Ex H - TC001385 |
| CLTA Owner's Policy | | $3,996.00 | | | | TC Ex H - TC001385 |
| ALTA Lender's Policy - Lender1 | | | | $2,398.50 | | TC Ex H - TC001385 |
| ALTA Lender's Policy - Lender2 | | | | $1,200.00 | | TC Ex H - TC001385 |
| Escrow Fees | | $2,100.00 | | | | TC Ex H - TC001385 |
| Delivery/Courier Services | | $40.00 | | | | TC Ex H - TC001385 |
| Notary Fee | | $20.00 | | | | TC Ex H - TC001385 |
| Recording & Filing | | $162.00 | | | | TC Ex H - TC001385 |
| Credit from Owens Fin - Prepaid Fee | | | | ($25,000.00) | | TC Ex H - TC001385 |
| Tax Service Fee | | $262.00 | | | | TC Ex H - TC001385 |
| Balance of Setup Fee to Millar & Assoc | | $1,000.00 | | | | TC Ex H - TC001385 |
| Foreclosure Fees to A. Nick Shamiyeh | | $11,606.40 | | | | TC Ex H - TC001385 |
| Funds Due to Buyer | | | | | $58.00 | TC Ex H - TC001385 |
| | $2,100,000.00 | $19,186.40 | $32,866.85 | $164,765.38 | $952,527.34 | |
| | | | Total Payments: | | $1,169,345.97 | |

C. Tonna 2/12/2010