**LUKE BRUGNARA**  Sch 13a

| DETAILS FROM SALES ESCROW FOR 490 POST STREET, SAN FRANCISCO | | | | | |
|---|---|---|---|---|---|
| Description | Sales Price | Selling Expenses | Deductible Expenses | Loan Payoffs | Exhibit |
| Sales Price | $43,960,186.01 | | | | W6-5 pg 1 |
| Balance of Loan to GMAC | | | | $16,888,565.00 | W6-5 pg 1 |
| Balance of Loan to 4454 Van Nuys LLC, David Pick, David Pick Invstmnt Grp (Original of $14,840,000) including interest | | | | $15,735,284.46 | W6-5 pg 1 |
| Balance of Loan to Malibu Vista Ptrs, and Encino Riviera Investors (Original of $5.5M) Including Interest | | | | $5,482,402.30 | W6-5 pg 1 |
| Balance of Loan to David Pick (Original of $1,860,000) Including interest | | | | $1,758,934.25 | W6-5 pg 1 |
| Balance of Loan to David Pick (Original $1,210,000) Including Interest | | | | $1,815,000.00 | W6-5 pg 1 |
| Credit for Abstract of Judgment Case #300-708 to CCSF | | | $1,200,000.00 | | W6-5 pg 1 |
| Balance of Loan to David Pick (Original $405,000 plus Add Adv $675,000) | | | | $1,080,000.00 | W6-5 pg 1 |
| TOTALS | $43,960,186.01 | $0.00 | $1,200,000.00 | $42,760,186.01 | |
| | | Total Payments: | | $43,960,186.01 | |

C. Tonna 2/12/2010

**LUKE BRUGNARA**                                                                             **Sch 13b**

| DETAILS FROM PURCHASE ESCROW FOR 490 POST STREET, SAN FRANCISCO | | | | | | |
|---|---|---|---|---|---|---|
| Description | Purchase Price | Purchase Expenses | Loan-related Expenses | Deductible Expense | Other | Exhibit |
| Purchase Price | $23,500,000.00 | | | | | W6-4 pg 1 |
| Funds Retained by Lender | | $300,000.00 | | | | W6-4 pg 1, 22 |
| Loan Fee to Lender | | | $89,000.00 | | | W6-4 pg 1 |
| Legal Fees to Katten Muchin & Zavis | | | $15,000.00 | | | W6-4 pg 1, 22 |
| Underwriting Fee | | | $3,500.00 | | | W6-4 pg 1, 22 |
| Engineering Holdback | | $28,380.00 | | | | W6-4 pg 1, 22 |
| Environmental O & M Plan | | $900.00 | | | | W6-4 pg 1, 22 |
| Tax Escrow Deposit | | | | $8,132.22 | | W6-4 pg 1, 22 |
| Pay 2nd installment of Taxes Lot 10 Block 296 | | | | $34,051.92 | | W6-4 pg 1 |
| Pro Rata Taxes on APN 296-10 from 1-1-9 to Closing | | | | ($4,891.38) | | W6-4 pg 1 |
| Pro Rata Rental Income of $245,824.69 per Month from Closing to 2-1-98 | | | | | ($39,649.15) | W6-4 pg 1 |
| Pro Rata Parking Rent of $32,359.35 per Month from Closing to 2-1-98 | | | | | ($5,219.25) | W6-4 pg 1 |
| Credit Buyer Security Deposits of | | | | | ($23,134.20) | W6-4 pg 1 |
| Credit from Seller for McCallion Retention | | | | | ($10,000.00) | W6-4 pg 1 |
| Credit Seller Toward Roof | | $1,858.00 | | | | W6-4 pg 1 |
| Document Preparation/Notary Fees | | $175.00 | | | | W6-4 pg 1 |
| Escrow Services | | $1,832.78 | | | | W6-4 pg 1 |
| Standard Coverage Title Policy Prem | | $14,100.00 | | | | W6-4 pg 1 |
| Additional Policy Fee | | $100.00 | | | | W6-4 pg 1 |
| Extended Coverage Title Premium | | $1,980.00 | | | | W6-4 pg 2 |
| Premium for Endorsements | | $2,478.03 | | | | W6-4 pg 2 |
| Resale Binder Premium - None | | $0.00 | | | | W6-4 pg 2 |
| Extended Coverage Inspection Fee | | $75.00 | | | | W6-4 pg 2 |
| UCC Filing Services | | $100.00 | | | | W6-4 pg 2 |
| Recording Services | | $271.00 | | | | W6-4 pg 2 |
| Balance | | | | | $1,607.36 | W6-4 pg 2 |
| TOTALS | $23,500,000.00 | $352,249.81 | $107,500.00 | $37,292.76 | ($76,395.24) | |
| | | Total Payments: | | | $420,647.33 | |

C. Tonna 2/12/2010