**LUKE BRUGNARA**                                **Sch 14a**

| Description | Sales Price | Selling Expense | Deductible Expense | Loan Payoffs | Payment to Brugnara Prop. | Exhibit |
|---|---|---|---|---|---|---|
| **DETAILS FROM SALES ESCROW FOR LOT 1 AT 3025 LAS VEGAS BLVD., LAS VEGAS, NV** | | | | | | |
| Sales Price | $31,300,000.00 | | | | | W6-7 pg 1 |
| Credit from Purchaser for Assignment of Leases | | | ($70.00) | | | W6-7 pg 1 |
| For Easement | | | ($20.00) | | | W6-7 pg 1 |
| For bill of Sale | | | ($100.00) | | | W6-7 pg 1 |
| Colliers International Commission of 2% Less $100,000 | | $526,000.00 | | | | W6-7 pg 1 |
| Reimburse Tony Crossley for Filing Fees | | $605.00 | | | | W6-7 pg 1 |
| Balance of Loan to Vestin's Assignees With Interest Paid to 12-29-01 | | | | $22,551,683.13 | | W6-7 pg 1; pg 17 |
| Interest from 12-29-01 to 4-6-02 | | | $859,469.70 | | | W6-7 pg 1; pg 17 |
| Interest from 4-6-02 to Receipt | | | $228,022.57 | | | W6-7 pg 1; pg 17 |
| Statement Fee | | $60.00 | | | | W6-7 pg 1; pg 17 |
| Reconveyance Fee | | $125.00 | | | | W6-7 pg 1; pg 17 |
| Attorneys Fees | | $2,275.74 | | | | W6-7 pg 1; pg 17 |
| Credit for 5 Payments of $147,766.67 | | | | ($738,833.35) | | W6-7 pg 1; pg 17 |
| Balance of Loan to David Pick per Demand | | | $2,382,811.27 | | | W6-7 pg 1; pg 23 |
| Interest from Various Dates Shown on Pick's Demand on Various Amounts | | | $138,695.53 | | | W6-7 pg 1; pg 23 |
| Interest from 4-26-02 thru Closing per Pick's Demand | | | $3,917.04 | | | W6-7 pg 1; pg 23 |
| David Pick Reconveyance Fees | | $85.00 | | | | W6-7 pg 2 |
| Balance of Loan to Sunset Mgmnt | | | | $2,700,000.00 | | W6-7 pg 2; pg 31 |
| Legal Fees | | $5,000.00 | | | | W6-7 pg 2; pg 31 |
| Interest from 2-12-02 to 5-1-02 | | | $87,750.00 | | | W6-7 pg 2; pg 31 |
| Demand Fee | | $90.00 | | | | W6-7 pg 2; pg 31 |
| Reconveyance Fee | | $45.00 | | | | W6-7 pg 2 |
| Walgreens | | $1,200,000.00 | | | | W6-7 pg 2; pg 19; 35 |
| Credit Toward Payment owed From Walgreens | | | ($136,903.30) | | | W6-7 pg 2 |
| Nick Shameyah Legal Fees | | $50,000.00 | | | | W6-7 pg 2 |
| Colliers International Good Only to 4-19-02 | | $750,000.00 | | | | W6-7 pg 2; pg 37 |
| Release/Recording Releases | | $100.00 | | | | W6-7 pg 2 |
| Hold for Pymnt Campbell & Williams for Satisfaction of Judgement From Nikolas Mastrangelo Good | | | | | $17,870.41 | W6-7 pg 2; pg 39; pg 44 |
| Release Judgement | | $50.00 | | | | W6-7 pg 2 |
| Pay All Installment for 2001-2 Taxes on APN 162-09-801-001 Including Penalties thru April 2002 | | | $151,569.01 | | | W6-7 pg 2 |
| Pay All Installment for 2001-2 Taxes on APN 162-09-703-015 Including Penalties thru April 2002 | | | $81,638.08 | | | W6-7 pg 2 |
| Pay All Installment for 2001-2 Taxes on APN 162-09-801-002 Including Penalties thru April 2002 | | | $39,124.47 | | | W6-7 pg 2 |
| Special Assessment 97A District 7505 for APN 162-09-801-001 thru May 2002 | | | $122,480.23 | | | W6-7 pg 3 |
| Special Assessment 97B District 7506 for APN 162-09-801-001 thru 5-31-02 | | | $7,817.72 | | | W6-7 pg 3 |
| Pro Rata Assessment 97B from Closing to 6-1-02 | | | ($871.10) | | | W6-7 pg 3 |

LUKE BRUGNARA                                                                                                                         Sch 14a

| Description | Sales Price | Selling Expense | Deductible Expense | Loan Payoffs | Payment to Brugnara Prop. | Exhibit |
|---|---|---|---|---|---|---|
| DETAILS FROM SALES ESCROW FOR LOT 1 AT 3025 LAS VEGAS BLVD., LAS VEGAS, NV | | | | | | |
| Pro Rata Taxes on APN 162-09-801-001 From Closing to 7-1-02 | | | ($21,679.20) | | | W6-7 pg 3 |
| Credit Buyer Advance Rents Paid For Vegas Advantages For May, June and July of 2002 | | | $14,250.00 | | | W6-7 pg 3 |
| Credit Buyer Security Deposits | | | $2,000.00 | | | W6-7 pg 3 |
| County of Clark Transfer Tax | | $78,250.00 | | | | W6-7 pg 3 |
| Document Preparation/Notary Services | | $250.00 | | | | W6-7 pg 3 |
| Reconveyance Preparation Fee | | $75.00 | | | | W6-7 pg 3 |
| 1/2 Escrow Agent's Fee (New York) | | $500.00 | | | | W6-7 pg 3 |
| Closing Fee per Section 5(b) of Contract | | $13,256.00 | | | | W6-7 pg 3 |
| Standard Title Policy Premium | | $21,488.00 | | | | W6-7 pg 3 |
| Courier Services | | $280.00 | | | | W6-7 pg 4 |
| UCC Filing Services | | $200.00 | | | | W6-7 pg 4 |
| Recording Services | | $200.00 | | | | W6-7 pg 4 |
| Credit for Purchaser per Arrangement for Reimbursement of Add'l Costs For Closing after 4-30-02 | | ($2,500.00) | | | | W6-7 pg 4 |
| Balance Remaining | | | | | $162,943.05 | W6-7 pg 4; Pg 41 |
| TOTALS | $31,300,000.00 | $2,646,434.74 | $3,959,902.02 | $24,512,849.78 | $180,813.46 | |
| | | | Total Payments: | | $31,300,000.00 | |

**LUKE BRUGNARA**                                             **Sch 14b**

| Description | Purchase Price | Purchase Expenses | Reportable Income | Deductible Expenses | Loan Related Expenses | Other | Exhibit |
|---|---|---|---|---|---|---|---|
| **DETAILS FROM PURCHASE ESCROW FOR 3025 SOUTH LAS VEGAS BLVD, LAS VEGAS NV (LOTS 1, 2, & 3)** | | | | | | | |
| Purchase Price | $31,500,000.00 | | | | | | W6-6 pg 1 |
| Interest Earned on Deposit | | | $17,567.61 | | | | W6-6 pg 1 |
| Credit from Broker | | | | | | ($39,503.65) | W6-6 pg 1 |
| Legal Fees | | | | | $10,000.00 | | W6-6 pg 1, 13 |
| Assumption Fee | | | | | $159,386.50 | | W6-6 pg 1, 13 |
| Costs Incurred CCMP | | | | | $850.00 | | W6-6 pg 1, 13 |
| Legal Fees | | | | | $15,000.00 | | W6-6 pg 1, 13 |
| Reserve for November and Two Extra Monthly Payments @144,536.26 each | | | | | | $433,608.78 | W6-6 pg 1 |
| Tax Reserve 2 Mos | | | | $25,396.44 | | | W6-6 pg 1 |
| Assessment Reserve #97A 3 Mos | | | | $4,311.18 | | | W6-6 pg 1 |
| Assessment Reserve #97B 2 Mos | | | | $2,155.98 | | | W6-6 pg 1 |
| Fire Insurance Reserve | | | | $1,719.50 | | | W6-6 pg 1 |
| Taxes Due with Nov 1 Payment | | | | $15,213.27 | | | W6-6 pg 1 |
| Insurance Impound for Nov 1 | | | | $1,719.50 | | | W6-6 pg 1 |
| Insurance Carrier Only For Fire Insurance (Not Broker) | | | | $20,634.00 | | | W6-6 pg 1 |
| Pro Rata Interest From 10-1-99 to Closing | | | $80,811.18 | | | | W6-6 pg 1 |
| Credit Toward Existing Unpaid Balance of Assessment of $136,862.56 to County with interest Paid to 8-1-99 | | | | ($75,000.00) | | | W6-6 pg 1 |
| Pro Rata Interest From 8-1-99 to Closing | | | $1,910.40 | | | | W6-6 pg 1 |
| Pro Rata Assessment Principal of $3,298.99 Due December 1st 1999 from 9-1-99 t Closing | | | | ($1,741.46) | | | W6-6 pg 1 |
| Pro Rata Taxes on APN 162-09-801-001 From Closing to 1-1-00 | | | | $19,054.46 | | | W6-6 pg 1 |
| Pro Rata Taxes on APN 162-09-703-015 from Closing to 1-1-00 | | | | $7,976.71 | | | W6-6 pg 1 |
| Pro Rata Taxes on APN 162-09-801-002 from Closing to 1-1-00 | | | | $3,866.81 | | | W6-6 pg 1 |
| Pro Rata Rental Income of $225,847.41 per Month from Closing to 11-1-99 | | | $87,424.80 | | | | W6-6 pg 1 |
| Credit Buyer Security Deposits of | | | | | | $46,000.00 | W6-6 pg 2 |
| Document Preparation | | $95.00 | | | | | W6-6 pg 2 |
| Notary Fees | | $30.00 | | | | | W6-6 pg 2 |
| 1/2 Escrow Services | | $4,150.00 | | | | | W6-6 pg 2 |
| Premium for Lender's Endorsement From Chicago Title Co | | $4,590.44 | | | | | W6-6 pg 2 |
| Courier Charges | | $300.00 | | | | | W6-6 pg 2 |
| Extended Coverage Inspection Fee | | $150.00 | | | | | W6-6 pg 2 |
| UCC Filing Services | | $100.00 | | | | | W6-6 pg 2 |
| Recording Services | | $300.00 | | | | | W6-6 pg 2 |
| Credit Seller for Interest Overnight on Their Proceeds | | | | $1,212.51 | | | W6-6 pg 2 |
| **TOTALS** | **$31,500,000.00** | **$9,715.44** | **$187,713.99** | **$26,518.90** | **$185,236.50** | **$440,105.13** | |

| Allocation of Purchase Price to the Three Lots | County Assessment | | Allocated Purchase Price | Allocated Purchase Expenses | | |
|---|---|---|---|---|---|---|
| Lot 1 | $2,991,650 | 59.25% | $18,663,337.17 | $5,756.27 | | |
| Lot 2 | $671,810 | 13.30% | $4,191,070.66 | $1,292.64 | | |
| Lot 3 | $1,385,850 | 27.45% | $8,645,592.17 | $2,666.53 | | |
| Totals | $5,049,310 | 100.00% | $31,500,000.00 | $9,715.44 | | |

C. Tonna 2/12/2010