LUKE BRUGNARA                                                                                      Sch 15a

| DETAILS FROM SALES ESCROW FOR 36 SAN JACINTO, SAN FRANCISCO, CA | | | | | |
|---|---|---|---|---|---|
| Description | Sales Price | Selling Expense | Deductible Expense | Loan Payoffs | Exhibit |
| Sales Price | $950,000.00 | | | | W6-8 pg 1 |
| Pay McGuire Realty a Commission | | $47,500.00 | | | W6-8 pg 1 |
| Pay for JCP | | $65.00 | | | W6-8 pg 1 |
| Balance of Loan to Cascade Acceptance Corp w Interest | | | | $435,000.00 | W6-8 pg 1; pg 3 |
| Interest from 9-1-02 to 10-1-02 | | | $4,485.90 | | W6-8 pg 1; pg 3 |
| Interest from 10-1-02 thru Receipt | | | $2,242.95 | | W6-8 pg 1; pg 3 |
| Reconveyance Fee | | $45.00 | | | W6-8 pg 1; pg 3 |
| Forwarding Fee | | $70.00 | | | W6-8 pg 1; pg 3 |
| Extension Fee Shortage | | | $66.67 | | W6-8 pg 1; pg 3 |
| Balance Owed on Extension Fee | | | $15,950.00 | | W6-8 pg 1; pg 4 |
| Credit Toward Extension Fee for Early Payoff | | | ($13,050.00) | | W6-8 pg 1; pg 4 |
| Balance of Loan to Andrew Lewis, etal | | | | $383,366.77 | W6-8 pg 1 |
| October Payment | | | | $15,466.67 | W6-8 pg 1 |
| Reconveyance Preparation Fee | | $75.00 | | | W6-8 pg 1 |
| Reconveyance Preparation on The Al Ebneter Investment Corp Loan - No Princ or Interest Due | | $75.00 | | | W6-8 pg 1 |
| Demand of Water Department | | | $509.60 | | W6-8 pg 1 |
| St Francis Homes Association | | | $5,014.12 | | W6-8 pg 1 |
| Pro Rata Homeowner's Dues of $856.38 From Closing to 1-1-02 | | | ($183.30) | | W6-8 pg 2 |
| Delinquent Taxes for 1997-8 Which Figure is Good during Oct 2002 Only | | | $44,676.32 | | W6-8 pg 2 |
| Pro Rata Taxes on APN 4-3077 (Less the Amount for Delinquent Water Liens of $75.73) From 7-1-02 to Closing | | | $1,659.84 | | W6-8 pg 2 |
| Credit to Buyer for the Amount Added to the 2002-03 Fiscal Tax year for Delinquent Water Charges | | | $151.46 | | W6-8 pg 2 |
| City of SF Real Property Transfer Tax | | $6,460.00 | | | W6-8 pg 2 |
| Document Preparation/Notary Fee | | $275.00 | | | W6-8 pg 2 |
| Recording Services | | $78.00 | | | W6-8 pg 2 |
| TOTALS | $950,000.00 | $54,643.00 | $61,523.56 | $833,833.44 | |
| | | Total Payments: | | $950,000.00 | |

C. Tonna 2/12/2010

**LUKE BRUGNARA**  Sch 15b

| DETAILS FROM PURCHASE ESCROW FOR 36 SAN JACINTO WAY, SAN FRANCISCO | | | | | |
|---|---|---|---|---|---|
| Description | Purchase Price | Purchase Expenses | Loan Expenses | Deductible Expense | Exhibit |
| Purchase Price | $225,000.00 | | | | TC Ex M - TC001689 |
| Purchase Price | $225,000.00 | | | | TC Ex M - TC001689 |
| Processing & Document Fee | | $575.00 | | | TC Ex M - TC001689 |
| Property Inspection | | $150.00 | | | TC Ex M - TC001689 |
| Prepaid Finance Charge | | | $30,450.00 | | TC Ex M - TC001689 |
| UCC Filing Fee | | $5.00 | | | TC Ex M - TC001689 |
| Fire Ins Premium - 1 year | | | | $750.00 | TC Ex M - TC001689 |
| Credit for Prorate Taxes | | | | ($363.12) | TC Ex M - TC001689 |
| Prorate Assessments | | | | $1.32 | TC Ex M - TC001689 |
| Escrow Fee | | $800.00 | | | TC Ex M - TC001689 |
| Notary | | $30.00 | | | TC Ex M - TC001689 |
| Title Ins. Prem. (Owners) | | $1,467.00 | | | TC Ex M - TC001689 |
| Title Ins. Prem (Lender) | | | $890.65 | | TC Ex M - TC001689 |
| Recording Fees | | $98.00 | | | TC Ex M - TC001689 |
| County tax/stamps: - Deed | | $562.50 | | | TC Ex M - TC001689 |
| City Tax/stamps: - Deed | | $562.50 | | | TC Ex M - TC001689 |
| | $450,000.00 | $4,250.00 | $31,340.65 | $388.20 | |
| | | Total Payments: | | $35,978.85 | |

C. Tonna 2/12/2010