**LUKE BRUGNARA**  Sch 16a

| Description | Sales Price | Selling Expense | Deductible Expense | Loan Payoffs | Seller Deposit | Exhibit |
|---|---|---|---|---|---|---|
| DETAILS FROM SALES ESCROW FOR 38 SAN JACINTO, SAN FRANCISCO | | | | | | |
| Sales Price | $1,400,000.00 | | | | | W6-9 pg 1 |
| Credit for Deposit by Seller | | | | | ($20,000.00) | W6-9 pg 1 |
| Seller Credit for Pro Rated Association Dues | | | ($5.40) | | | W6-9 pg 1 |
| Commission | | $35,000.00 | | | | W6-9 pg 1 |
| Commission | | $42,000.00 | | | | W6-9 pg 1 |
| Unpaid Bal w/interest paid to 02/01/03 to Cascade | | | | $650,000.00 | | W6-9 pg 1; 11 |
| Interest on Payoff Loan 03/01/03 to 06/01/03 to Cascade | | | $19,933.64 | | | W6-9 pg 1; 11 |
| March Payment to Cascade | | | | $6,500.00 | | W6-9 pg 1; 11 |
| March Late Charge to Cascade | | | $650.00 | | | W6-9 pg 1; 11 |
| Late Fees for April, May and June to Cascade | | | $1,950.00 | | | W6-9 pg 1; 11 |
| Interest from 06/01/03 to receipt to Cascade | | | $6,716.77 | | | W6-9 pg 1; 11 |
| Forebearance Fee to Cascade | | | $23,833.34 | | | W6-9 pg 1; 11 |
| Credit if transaction closes before 7/1/03 to Cascade | | | | ($6,500.00) | | W6-9 pg 1; 11 |
| Foreclosure Fees to Cascade | | | $3,279.50 | | | W6-9 pg 1; 11 |
| Reconveyance Fees to Cascade | | | $45.00 | | | W6-9 pg 1; 11 |
| Forwarding Fee to Cascade | | | $95.00 | | | W6-9 pg 1; 11 |
| Port of Unpaid Bal w/int paid to 02/01/03 to Investment Grade Loans | | | | $776,633.23 | | W6-9 pg 1, pg 12 |
| Interest on Payoff Loan 06/01/03 to 07/01/03 to Investment Grade Loans | | | $10,700.27 | | | W6-9 pg 1 |
| Bal of March Payment and late charge to Investment Grade Loans | | | $1,390.62 | | | W6-9 pg 1, pg 12 |
| Forebearance to Investmnt Grd Loans | | | $1,000.00 | | | W6-9 pg 1 |
| Offset Leaving the unpaid balance org. note to Investmnt Grade Loans | | | | ($270,000.00) | | W6-9 pg 1, pg 12 |
| April May and June Payments to Investmnt Grade Loans | | | | $34,171.86 | | W6-9 pg 1, pg 12 |
| Demand Fee to Investment Grade Lns | | $75.00 | | | | W6-9 pg 1, pg 12 |
| Documentary Transfer Tax | | $10,500.00 | | | | W6-9 pg 1 |
| Recording Services | | $220.00 | | | | W6-9 pg 1 |
| Delivery Services | | $100.00 | | | | W6-9 pg 1 |
| Notary and Doc. Prep | | $475.00 | | | | W6-9 pg 1 |
| Document Preparation | | $200.00 | | | | W6-9 pg 1 |
| Balance due to remove loan to Al Ebneter | | | | $21,760.80 | | W6-9 pg 2 |
| Delinquent Water account | | | $6,027.20 | | | W6-9 pg 2 |
| Satisfaction fo Judgment to Robert S Jaret | | | $2,987.40 | | | W6-9 pg 2 |
| Delinquent Taxes for 2001-2 May to SF Tax Collector | | | $18,122.69 | | | W6-9 pg 2 |
| 1st and 2nd Inst. 3077-41 plus pen to SF Tax Collector | | | $19,228.99 | | | W6-9 pg 2 |
| reports to JCP Report | | | $123.95 | | | W6-9 pg 2 |
| Assoc Dues to Monterey Heights HO Assoc | | | $120.00 | | | W6-9 pg 2 |
| Notary Fee to Robert S Jaret | | $10.00 | | | | W6-9 pg 2 |
| Refuse Lien to City and County of SF Dept of Public Health | | | $427.13 | | | W6-9 pg 2 |

**LUKE BRUGNARA** **Sch 16a**

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 San Jacinto to O'Connor Insulation Co. | | | $85.00 | | | W6-9 pg 2 |
| Inspection to Dept of Building Insp | | | $286.38 | | | W6-9 pg 2 |
| Pay Water Lien on 351 California to SF Public Utilities Comm | | | $1,857.92 | | | W6-9 pg 2 |
| Cash from Seller | | | | | ($1.29) | W6-9 pg 2 |
| TOTALS | $1,400,000.00 | $88,580.00 | $118,855.40 | $1,212,565.89 | ($20,001.29) | |
| | | | Total Payments: | | $1,400,000.00 | |

Page 2 of 2

C. Tonna 2/12/2010

LUKE BRUGNARA                                                                                 Sch 16b

| DETAILS FROM PURCHASE ESCROW FOR 38 SAN JACINTO WAY, SAN FRANCISCO | | | | | |
| --- | --- | --- | --- | --- | --- |
| Description | Purchase Price | Purchase Expenses | Loan Expenses | Deductible Expense | Exhibit |
| Purchase Price | $1,000,000.00 | | | | TC Ex N - TC001649 |
| Loan Origination Fee | | | $39,000.00 | | TC Ex N - TC001649 |
| Lender's Inspection Fee | | | $375.00 | | TC Ex N - TC001649 |
| Processing Fee | | | $635.00 | | TC Ex N - TC001649 |
| UCC Filing | | | $5.00 | | TC Ex N - TC001649 |
| Interest from 6/30/94 - 7/01/94 | | | | $216.67 | TC Ex N - TC001649 |
| Fire Ins Premium - 1 year | | | | $4,500.00 | TC Ex N - TC001649 |
| 93/94 Taxes - 2nd St | | | | $27,002.08 | TC Ex N - TC001649 |
| 93/94 Taxes - Mission St. | | | | $48,684.34 | TC Ex N - TC001649 |
| Fees, Proc, Doc, Insp, UCC | | | $61,015.00 | | TC Ex N - TC001649 |
| Int. fr. 6/30/94 - 7/1/94 | | | | $177.08 | TC Ex N - TC001649 |
| Water lien - Mission St. | | | | $3,885.13 | TC Ex N - TC001649 |
| Water Lien - 2nd St. | | | | $2,386.05 | TC Ex N - TC001649 |
| Prorate Assessments 7/1/94 - 1/10/95 | | | | $5.40 | TC Ex N - TC001649 |
| Pay Demand of: Harry Blumenthal | | | $12,500.00 | | TC Ex N - TC001649 |
| Pay Demand of: Al Ebneter | | | $12,500.00 | | TC Ex N - TC001649 |
| Fees - Hanson, Bridgett, Marcus, Vlahos | | $600.00 | | | TC Ex N - TC001649 |
| Escrow Fee | | $860.00 | | | TC Ex N - TC001649 |
| Notary | | $40.00 | | | TC Ex N - TC001649 |
| Title Ins. Prem. (Owners) | | $2,097.60 | | | TC Ex N - TC001649 |
| Title Ins. Prem. (Lender) | | $1,940.60 | | | TC Ex N - TC001649 |
| Fed Ex/Courier | | $50.00 | | | TC Ex N - TC001649 |
| Recording Fees | | $142.00 | | | TC Ex N - TC001649 |
| **TOTALS** | **$1,000,000.00** | **$5,730.20** | **$126,030.00** | **$86,856.75** | |
| | | | Total Payments: | $218,616.95 | |

C. Tonna 2/12/2010