**LUKE BRUGNARA**

**SCH AMT-1**

## ALTERNATIVE MINIMUM TAX CALCULATION

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Reference |
|---|---|---|---|---|---|---|---|
| Taxable Income as Corrected | ($5,713,593.45) | ($6,084,895.31) | ($433,357.27) | $6,217,772.44 | $5,612,251.59 | ($2,828,744.66) | Sch 1 |
| **Adjustments and Preferences:** | | | | | | | |
| Exemption Deduction | $8,100.00 | $11,000.00 | $11,200.00 | $0.00 | $0.00 | $18,300.00 | Sch 1 |
| Standard Deduction | $3,550.00 | $3,600.00 | $3,675.00 | $3,800.00 | $3,925.00 | $4,750.00 | Sch 1 |
| Post-1986 Depreciation | $32,808.10 | $36,190.29 | $36,359.61 | $29,200.37 | $19,951.05 | $16,809.61 | Sch AMT-2 |
| Adjusted Gain or Loss. | $0.00 | ($1,465.17) | ($74,444.94) | ($35,676.45) | ($21,640.99) | $0.00 | Sch AMT-3 |
| Net Operating Loss Deduction | $0.00 | $0.00 | $5,701,943.45 | $6,488,777.58 | $0.00 | $0.00 | Sch 1 |
| Subtotal before Alt Min Tax NOL | ($5,669,135.34) | ($6,035,570.19) | $5,245,375.85 | $12,703,873.93 | $5,614,486.65 | ($2,788,885.05) | |
| Less: Alt Min Tax NOL from 1998 | | | ($4,720,838.27) | ($948,297.07) | | | |
| Less: Alt Min Tax NOL from 1999 | | | | ($6,035,570.19) | | | |
| Alternative Minimum Taxable Income | ($5,669,135.34) | ($6,035,570.19) | $524,537.59 | $5,720,006.67 | $5,614,486.65 | ($2,788,885.05) | |
| Tentative Alternative Minimum Tax | $0.00 | $0.00 | $104,907.40 | $1,141,741.35 | $1,120,562.32 | $0.00 | Sch AMT-4a,b,c |
| Regular Tax | $0.00 | $0.00 | $0.00 | $1,241,295.00 | $1,120,115.00 | $0.00 | Sch 1 |
| **Alternative Minimum Tax** | **$0.00** | **$0.00** | **$104,907.40** | **$0.00** | **$447.32** | **$0.00** | |

Note: The alternative minimum tax net operating loss deduction is limited to 90% of the alternative minimum taxable income (before AMT NOL) in the 2000 tax year.

C. Tonna 2/16/2010

**LUKE BRUGNARA**

**SCH AMT-2**

## RECALCULATION OF DEPRECIATION FOR ALTERNATIVE MINIMUM TAX

| Property | Purchase Date | Sale Date | Recovery Period | Depreciable Basis | Deprec. 1993 | Deprec. 1994 | Deprec. 1995 | Deprec. 1996 | Deprec. 1997 | Deprec. 1998 | Deprec. 1999 | Deprec. 2000 | Deprec. 2001 | Deprec. 2002 | Deprec. 2003 | Totals | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 Second St., San Francisco | Jun-93 | Dec-99 | 40 | $351,642 | $4,762 | $8,791 | $8,791 | $8,791 | $8,791 | $8,791 | $8,425 | | | | | $57,142 | |
| 935-939 Market St., San Francisco | May-93 | Jan-00 | 40 | $1,483,430 | $23,179 | $37,086 | $37,086 | $37,086 | $37,086 | $37,086 | $37,086 | $1,545 | | | | $247,238 | |
| 801-814 Mission Street, San Francisco | Dec-93 | Jan-00 | 40 | $1,982,219 | $2,065 | $49,555 | $49,555 | $49,555 | $49,555 | $49,555 | $49,555 | $2,065 | | | | $301,463 | |
| 90 Post Street, San Francisco | Jan-88 | May-01 | 40 | $16,696,575 | | | | | | $400,022 | $417,414 | $417,414 | $156,530 | | | $1,391,381 | |
| 3025 Las Vegas Blvd., Las Vegas (Lot 1) | Oct-99 | May-02 | 40 | $13,068,365 | | | | | | | $68,064 | $326,709 | $326,709 | $122,516 | | $843,999 | |
| 3025 Las Vegas Blvd., Las Vegas (Lot 1&2) | Oct-99 | na | 40 | $8,988,435 | | | | | | $46,815 | $224,711 | $224,711 | $224,711 | $224,711 | | $945,658 | |
| 201 Sansome Street, San Francisco | Jan-97 | Jun-04 | 40 | $4,310,198 | | | | | $103,265 | $107,755 | $107,755 | $107,755 | $107,755 | $107,755 | $107,755 | $749,795 | |
| 351 California Street, San Francisco | Jul-97 | na | 40 | $12,924,360 | | | | | $148,092 | $323,109 | $323,109 | $323,109 | $323,109 | $323,109 | $323,109 | $2,086,746 | |
| Total Annual Depreciation for Alt Min Tax Purposes | | | | $30,005 | | $95,432 | $95,432 | $95,432 | $346,789 | $926,318 | $1,058,223 | $1,403,308 | $1,138,814 | $778,091 | $655,575 | $6,566,280 | |
| Total Annual Regular Depreciation | | | | | | | | | | $959,126 | $1,094,414 | $1,439,668 | $1,168,015 | $798,042 | $672,384 | | Sch 3 |
| Depreciation Adjustment for Alt Min Tax | | | | na | | na | na | na | na | $32,808 | $36,190 | $36,360 | $29,200 | $19,951 | $16,810 | | |

C.Tonna 2/12/2010

**LUKE BRUGNARA**  **SCH AMT-3**

## RECALCULATION OF GAINS FOR ALT MIN TAX PURPOSES

### 171 2nd Street, San Francisco

| Item | | | |
|---|---|---|---|
| Year Sold: | 1999 | | |
| Amount Realized | $4,113,645 | | |
| Cost Basis | | $502,345 | |
| Alt Min Tax Depreciation | | ($57,142) | |
| Adjusted Basis | $445,203 | | |
| Gain (for Alt Min Tax Purposes) | | $3,668,442 | |
| Gain (for Regular Tax Purposes) | | $3,669,907 | |
| Alt Min Tax Adjustment for 2000 | | | ($1,465) |

### 935-939 Market St, San Francisco

| Item | | | |
|---|---|---|---|
| Year Sold: | 2000 | | |
| Amount Realized | $8,327,632 | | |
| Cost Basis | | $2,119,186 | |
| Alt Min Tax Depreciation | | ($247,238) | |
| Adjusted Basis | $1,871,948 | | |
| Gain (for Alt Min Tax Purposes) | | $6,455,684 | |
| Gain (for Regular Tax Purposes) | | $6,522,399 | |
| Alt Min Tax Adjustment for 2000 | | | ($66,715) |

### 810-814 Mission St., San Francisco

| Item | | | |
|---|---|---|---|
| Year Sold: | 2000 | | |
| Amount Realized | $11,591,832 | | |
| Cost Basis | | $2,831,742 | |
| Alt Min Tax Depreciation | | ($301,463) | |
| Adjusted Basis | $2,530,279 | | |
| Gain (for Alt Min Tax Purposes) | | $9,061,553 | |
| Gain (for Regular Tax Purposes) | | $9,060,282 | |
| Alt Min Tax Adjustment for 2000 | | | ($7,730) |

### 490 Post St, San Francisco

| Item | | | |
|---|---|---|---|
| Year Sold: | 2001 | | |
| Amount Realized | $43,960,186 | | |
| Cost Basis | | $23,852,250 | |
| Alt Min Tax Depreciation | | ($1,391,381) | |
| Adjusted Basis | $22,460,869 | | |
| Gain (for Alt Min Tax Purposes) | | $21,499,317 | |
| Gain (for Regular Tax Purposes) | | $21,534,994 | |
| Alt Min Tax Adjustment for 2001 | | | ($35,676) |

### 3025 S. Las Vegas Blvd, Las Vegas

| Item | | | |
|---|---|---|---|
| Year Sold: | 2002 | | |
| Amount Realized | $28,653,565 | | |
| Cost Basis | | $18,669,093 | |
| Alt Min Tax Depreciation | | ($843,999) | |
| Adjusted Basis | $17,825,095 | | |
| Gain (for Alt Min Tax Purposes) | | $10,828,470 | |
| Gain (for Regular Tax Purposes) | | $10,850,111 | |
| Alt Min Tax Adjustment for 2002 | | | ($21,641) |

Sch AMT-4a

**Form 6251**

Department of the Treasury
Internal Revenue Service

**Alternative Minimum Tax— Individuals**

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227
**2000**
Attachment Sequence No. **32**

Name(s) shown on Form 1040: **Brugnara, Luke**

Your social security number

### Part I  Adjustments and Preferences

| | | |
|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 . . . | 1 | 3,675 |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2½% of Form 1040, line 34 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9. | 3 | |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation. | 8 | 36,360 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss. | 9 | (74,445) |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income. | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

a  Circulation expenditures . . .   h  Loss limitations
b  Depletion . . . .   i  Mining costs
c  Depreciation (pre-1987).   j  Patron's adjustment.
d  Installment sales . . .   k  Pollution control facilities
e  Intangible drilling costs   l  Research and experimental
f  Large partnerships . .   m  Section 1202 exclusion
g  Long-term contracts. .   n  Tax shelter farm activities
  o  Related adjustments

| | | |
|---|---|---|
| 14 | | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14. | 15 | (34,410) |

### Part II  Alternative Minimum Taxable Income

| | | |
|---|---|---|
| 16 | Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss). | 16 | (422,157) |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | 5,701,943 |
| 18 | If Form 1040, line 34, is over $128,950 (over $64,475 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | ( ) |
| 19 | Combine lines 15 through 18 | 19 | 5,245,376 |
| 20 | Alternative tax net operating loss deduction. See page 6 of the instructions. | 20 | 4,720,839 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 7 of the instructions.) | 21 | 524,537 |

### Part III  Exemption Amount and Alternative Minimum Tax

| | | |
|---|---|---|
| 22 | **Exemption Amount.** (If this form is for a child under age 14, see page 7 of the instructions.) | 22 | 0 |

| If your filing status is . . . | AND line 21 is not over . . . | THEN enter on line 22 . . . |
|---|---|---|
| Single or head of household. | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately. | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see page 7 of the instructions.

| | | |
|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here | 23 | 524,537 |
| 24 | If you reported capital gain distributions directly on Form 1040, line 13, **or** you completed Schedule D (Form 1040) and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 104,907 40 |
| 25 | Alternative minimum tax foreign tax credit. See page 7 of the instructions. | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24. | 26 | 104,907 40 |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 0 |
| 28 | **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 | 28 | 104,907 40 |

For Paperwork Reduction Act Notice, see page 8 of the instructions.   Cat. No. 13600G   Form **6251** (2000)

Sch AMT-4a

Form 6251 (2000)

Page 2

⊛

**Part IV**  Line 24 Computation Using Maximum Capital Gains Rates

**Caution:** If you **did not** complete Part IV of Schedule D (Form 1040), see page 8 of the instructions before you complete this part.

| Line | Description | Amount | Cents |
|---|---|---|---|
| 29 | Enter the amount from Form 6251, line 23 | 524,537 | |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary). See page 8 of the instructions. | 15,517,236 | |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary). See page 8 of the instructions. | 0 | |
| 32 | Add lines 30 and 31 | 15,517,236 | |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary). See page 8 of the instructions | 15,517,236 | |
| 34 | Enter the **smaller** of line 32 or line 33 | | 15,517,236 |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- ◄ | 0 | |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 0 |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax). See page 8 of the instructions | 0 | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37 ◄ | 0 | |
| 39 | Multiply line 38 by 10% (.10) | | 0 |
| 40 | Enter the **smaller** of line 29 or line 30 | 524,537 | |
| 41 | Enter the amount from line 38 | 0 | |
| 42 | Subtract line 41 from line 40 ◄ | 524,537 | |
| 43 | Multiply line 42 by 20% (.20) | | 104,907 40 |

**Note:** If line 31 is zero or blank, skip lines 44 through 47 and go to line 48.

| Line | Description | Amount | Cents |
|---|---|---|---|
| 44 | Enter the amount from line 29 | | |
| 45 | Add lines 35, 38, and 42 | | |
| 46 | Subtract line 45 from line 44 | | |
| 47 | Multiply line 46 by 25% (.25) | | |
| 48 | Add lines 36, 39, 43, and 47 | | 104,907 40 |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 145,120 64 |
| 50 | Enter the **smaller** of line 48 or line 49 here and on line 24 | | 104,907 40 |

Form 6251 (2000)

Sch AMT-4b

| Form **6251** | | | |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **Alternative Minimum Tax—Individuals** ▶ See separate instructions. ▶ Attach to Form 1040 or Form 1040NR. | OMB No. 1545-0227 | **2001** Attachment Sequence No. **32** |

| Names(s) shown on Form 1040 | Your social security number |
|---|---|
| Brugnara, Luke | |

**Part I**  Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | 3,800 |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 **or** 2½% of Form 1040, line 34 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation. | 8 | 29,200 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss. | 9 | (35,676) |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income. | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss. | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest income from private activity bonds issued after August 7, 1986. | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | | | |
|---|---|---|---|---|---|
| a | Circulation expenditures | i | Mining costs | | |
| b | Depletion | j | Patron's adjustment. | | |
| c | Depreciation (pre-1987) | k | Pollution control facilities | | |
| d | Installment sales . | l | Research and experimental | | |
| e | Intangible drilling costs | m | Section 1202 exclusion | | |
| f | Large partnerships . | n | Tax shelter farm activities | | |
| g | Long-term contracts . | o | Related adjustments | | |
| h | Loss limitations | | | 14 | |

| | | | |
|---|---|---|---|
| 15 | Total adjustments and preferences. Combine lines 1 through 14 | 15 | (2,676) |
| 16 | Enter the amount from Form 1040, line 37. If less than zero, enter as a (loss) | 16 | 6,217,772 44 |
| 17 | Enter as a positive amount any net operating loss deduction from Form 1040, line 21 | 17 | 6,488,777 58 |
| 18 | If Form 1040, line 34, is over $132,950 (over $66,475 if married filing separately) and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | ( 0 ) |
| 19 | Combine lines 15 through 18 | 19 | 12,703,874 02 |
| 20 | Alternative tax net operating loss deduction (see page 6 of the instructions) | 20 | 6,983,867 26 |
| 21 | Alternative minimum taxable income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $173,000, see page 7 of the instructions.) | 21 | 5,720,006 76 |

**Part II**  Alternative Minimum Tax

| | | | |
|---|---|---|---|
| 22 | Exemption amount. (If this form is for a child under age 14, see page 7 of the instructions.) | | |

| If your filing status is . . . | AND line 21 is not over . . . | THEN enter on line 22 . . . | |
|---|---|---|---|
| Single or head of household. . | $112,500 | $35,750 | |
| Married filing jointly or qualifying widow(er) . | 150,000 | 49,000 | |
| Married filing separately . | 75,000 | 24,500 | |

| | | | |
|---|---|---|---|
| | If line 21 is **over** the amount shown above for your filing status, see page 7 of the instructions. | 22 | 0 |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here | 23 | 5,720,006 76 |
| 24 | Go to Part III of Form 6251 to figure line 24 if you reported capital gain distributions directly on Form 1040, line 13, **or** you had a gain on both lines 16 and 17 of Schedule D (Form 1040) (as refigured for the AMT, if necessary). **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . | 24 | 1,141,741 35 |
| 25 | Alternative minimum tax foreign tax credit (see page 7 of the instructions) | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 . | 26 | 1,141,741 35 |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 1,241,295 |
| 28 | Alternative minimum tax. Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 | 28 | 0 |

| | | |
|---|---|---|
| For Paperwork Reduction Act Notice, see page 8 of the instructions. | Cat. No. 13600G | Form **6251** (2001) |



Sch AMT-4b

Form 6251 (2001)

**Part III**  Line 24 Computation Using Maximum Capital Gains Rates

**Caution:** *If you did not complete Part IV of Schedule D (Form 1040), see page 8 of the instructions before you complete this part.*

| # | Description | Box | Amount | ¢ |
|---|---|---|---|---|
| 29 | Enter the amount from Form 6251, line 23 . . . . . . . . . . | 29 | 5,720,006 | 76 |
| 30 | Enter the amount from Schedule D (Form 1040), line 23, or line 9 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 30 | 21,499,317 | 88 |
| 31 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 31 | 0 | |
| 32 | Add lines 30 and 31 . . . . . . . . . | 32 | 21,499,317 | 88 |
| 33 | Enter the amount from Schedule D (Form 1040), line 23, or line 4 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 33 | 21,499,317 | 88 |
| 34 | Enter the **smaller** of line 32 or line 33 . . . . . . . . . | 34 | 21,499,317 | 88 |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- . . . . . . | 35 | 0 | |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 36 | 0 | |
| 37 | Enter the amount from Schedule D (Form 1040), line 16, or line 28 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax) (see page 8 of the instructions) | 37 | 22,600 | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37. If zero, go to line 44 . . | 38 | 22,600 | |
| 39 | Enter your qualified 5-year gain, if any, from Schedule D (Form 1040), line 29 (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 39 | | |
| 40 | Enter the **smaller** of line 38 or line 39 . . . . . . . . | 40 | 0 | |
| 41 | Multiply line 40 by 8% (.08) . . . . . . . . . . . | 41 | 0 | |
| 42 | Subtract line 40 from line 38 . . . . . . | 42 | 22,600 | |
| 43 | Multiply line 42 by 10% (.10) . . . . . . . . . | 43 | 2,260 | |
| 44 | Enter the **smaller** of line 29 or line 30 . . | 44 | 5,720,006 | 76 |
| 45 | Enter the amount from line 38 . . . . . . | 45 | 22,600 | |
| 46 | Subtract line 45 from line 44 . . . . . . | 46 | 5,697,406 | 76 |
| 47 | Multiply line 46 by 20% (.20) . . . . . . . . . | 47 | 1,139,481 | 35 |

**If line 31 is zero or blank, skip lines 48 through 51 and go to line 52. Otherwise, go to line 48.**

| # | Description | Box | Amount | ¢ |
|---|---|---|---|---|
| 48 | Enter the amount from line 29 . . . . . . | 48 | | |
| 49 | Add lines 35, 38, and 46 . . . . . . | 49 | | |
| 50 | Subtract line 49 from line 48 . . . . . . | 50 | | |
| 51 | Multiply line 50 by 25% (.25) . . . . . . . . . | 51 | | |
| 52 | Add lines 36, 41, 43, 47, and 51 . . . . . | 52 | 1,141,741 | 35 |
| 53 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 53 | 1,599,851 | 89 |
| 54 | Enter the **smaller** of line 52 or line 53 here and on line 24 . . . . . . | 54 | 1,141,741 | 35 |

Sch AMT-4c

| Form **6251** | Alternative Minimum Tax—Individuals | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2002**<br>Attachment<br>Sequence No. **32** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| Brugnara, Luke | |

**Part I   Alternative Minimum Taxable Income** (See instructions for how to complete each line.)

| # | Description | Amount | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 39, and go to line 2. Otherwise, enter the amount from Form 1040, line 36, and go to line 7. (If zero or less, enter as a negative amount.) | 5,616,176 | 59 |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4, **or** 2½% of Form 1040, line 36 | | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | | |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | | |
| 6 | If Form 1040, line 36, is over $137,300 (over $68,650 if married filing separately), enter the amount from line 9 of the worksheet for Schedule A (Form 1040), line 28 | ( | ) |
| 7 | Tax refund from Form 1040, line 10 or line 21 | ( | ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | | |
| 9 | Depletion (difference between regular tax and AMT) | | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 0 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | | |
| 12 | Qualified small business stock (42% of gain excluded under section 1202) | | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9) | | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | (21,641) | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 19,951 | |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | | |
| 20 | Circulation costs (difference between regular tax and AMT) | | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | | |
| 22 | Mining costs (difference between regular tax and AMT) | | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | | |
| 24 | Income from certain installment sales before January 1, 1987 | ( | ) |
| 25 | Intangible drilling costs preference | | |
| 26 | Other adjustments, including income-based related adjustments | | |
| 27 | Alternative tax net operating loss deduction | ( | ) |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately and line 28 is more than $173,000, see page 7 of the instructions.) | 5,614,486 | 59 |

**Part II   Alternative Minimum Tax**

29   Exemption. (If this form is for a child under age 14, see page 7 of the instructions.)

| If your filing status is . . . | AND line 28 is not over . . . | THEN enter on line 29 . . . |
|---|---|---|
| Single or head of household. | $112,500 | $35,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 49,000 |
| Married filing separately | 75,000 | 24,500 |

| # | Description | Amount | |
|---|---|---|---|
| | If line 28 is **over** the amount shown above for your filing status, see page 7 of the instructions. | | |
| 29 | | 0 | |
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 5,614,486 | 59 |
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13, **or** you had a gain on both lines 16 and 17 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 57 here.<br>• **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 1,120,562 | 32 |
| 32 | Alternative minimum tax foreign tax credit (see page 7 of the instructions) | | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 1,120,562 | 32 |
| 34 | Tax from Form 1040, line 42 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 45) | 1,120,115 | 34 |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 43 | 447 | 32 |

For Paperwork Reduction Act Notice, see page 8 of the instructions.   Cat. No. 13600G   Form **6251** (2002)

Form 6251 (2002)  Page **2**

Sch AMT-4c

**Part III**  **Tax Computation Using Maximum Capital Gains Rates**

**Caution:** *If you did not complete Part IV of Schedule D (Form 1040), see page 8 of the instructions before you complete this part.*

| Line | Description | Amount | $ | ¢ |
|---|---|---|---|---|
| 36 | Enter the amount from Form 6251, line 30 | | 5,614,486 | 59 |
| 37 | Enter the amount from Schedule D (Form 1040), line 23, or line 9 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 37 | 11,269,577 | 41 |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 38 | 0 | |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 4 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). | 39 | 11,269,577 | 41 |
| 40 | Enter the **smaller** of line 36 or line 39 | | 5,614,486 | 59 |
| 41 | Subtract line 40 from line 36 | | 0 | |
| 42 | If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 0 | |
| 43 | Enter the amount from Schedule D (Form 1040), line 16, or line 28, on page D-9 of the instructions for Schedule D Tax Worksheet (Form 1040), whichever applies (as figured for the regular tax) (see page 8 of the instructions) | 43 | 23,350 | |
| 44 | Enter the **smaller** of line 36 or line 37 | 44 | 5,614,486 | 59 |
| 45 | Enter the **smaller** of line 43 or line 44. If zero, go to line 51 | 45 | 23,350 | |
| 46 | Enter your qualified 5-year gain, if any, from Schedule D (Form 1040), line 29 (as refigured for the AMT, if necessary) (see page 8 of the instructions) | 46 | | |
| 47 | Enter the **smaller** of line 45 or line 46 | 47 | 0 | |
| 48 | Multiply line 47 by 8% (.08) | | 0 | |
| 49 | Subtract line 47 from line 45 | 49 | 23,350 | |
| 50 | Multiply line 49 by 10% (.10) | | 2,335 | |
| 51 | Subtract line 45 from line 44 | 51 | 5,591,136 | 59 |
| 52 | Multiply line 51 by 20% (.20) | 52 | 1,118,227 | 32 |

**If line 38 is zero or blank, skip lines 53 and 54 and go to line 55. Otherwise, go to line 53.**

| Line | Description | Amount | $ | ¢ |
|---|---|---|---|---|
| 53 | Subtract line 44 from line 40 | 53 | | |
| 54 | Multiply line 53 by 25% (.25) | 54 | | |
| 55 | Add lines 42, 48, 50, 52, and 54 | 55 | 1,120,562 | 32 |
| 56 | If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 56 | 1,570,306 | |
| 57 | Enter the **smaller** of line 55 or line 56 here and on line 31 | 57 | 1,120,562 | 32 |

Form 6251 (2002)