Brian H Getz (CSBN 85593)
Law Office of Brian H Getz
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415)912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
Luke Brugnara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE BRUGNARA,<br><br>Defendant. | **Case No. CR 08-0222-WHA**<br><br>**STATUS OF SENTENCING**<br><br>DATE: May 24, 2010<br>TIME: 10:00 a.m.<br>COURTROOM: 9, 19TH FL |

Presently before THE COURT for sentencing is Luke Brugnara following his guilty plea and the ruling denying his motion to withdraw the plea of guilty.

Sentencing memorandums were filed by the parties in the timely fashion.

Apparently, Defendant in pro se filed supplemental briefs and requests on May 17, 2010 which counsel for Brugnara did not become aware of until May 18, 2010.

Having reviewed the filed documents, the following summarizes the current posture of the case as viewed by counsel for Mr. Brugnara:

1. The matters raised in the "Supplemental Sentencing Memorandum" were discussed and resolved in a formal meet-and-confer with the Federal Probation Officer.

//

2. The "Brugnara's Response To United States' Sentencing Memorandum" was considered by counsel before filing the Sentencing Memorandum that was submitted for consideration by THE COURT at sentencing.

3. The "Luke Brugnara" and "Victoria Brugnara" Declaration's as well as the "Release from Custody" filings are subjects that have previously been raised and addressed during these proceedings.

4. The request for the evidentiary hearing on the tax loss cannot be substantiated by any existing witness.

May 19, 2010

Respectfully Submitted,

Brian H. Getz
Attorney for Defendant
Luke Brugnara