BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
LUKE BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0222-WHA |
| Plaintiff, | RESPONSE TO THE ADDENDUM TO THE PRESENTENCE REPORT FILED BY THE FEDERAL PROBATION OFFICER |
| v. | |
| LUKE BRUGNARA, | SENTENCING DATE: May 24, 2010 TIME: 10:00 a.m. |
| Defendant. | COURTROOM: 9, 19th Floor |

## INTRODUCTION

While it appeared that no further filings would be necessary in this matter, the recent submission by the Probation Department under cover on May 11th deserves a few words.

## OFFERING THE FALL 2008 CONDUCT AS
## CRIMINAL CONDUCT DISTORTS THE ISSUE

Intemperate outbursts are mischaracterized as criminal conduct. This is an unfair method of character assassination.

No criminal case ever emerged from the events of fall 2008 in connection with the Request for Orders to Stop Harassment.

If a charge of disturbing the peace had been brought under Penal Code 415(2), or if a

- 2 -

charge of using offensive words as defined by Penal Code 415(3) were filed, or <u>if</u> a charge of assault under Penal Code 240 or 241 had ever existed, there <u>might</u> be grounds for asserting criminal conduct by Mr. Brugnara. No such charges ever were lodged.

Mr. Brugnara is unpopular. He has offended many. What Defendant did at St. Vincent de Paul School is not the type of behavior engaged in by the better elements of society. Still, it did not rise to the level of criminal conduct, and should not be characterized as such. If Mr. Brugnara were charged with forcible felonies instead of tax fraud, these events would not even be admissible as <u>uncharged</u> conduct under Rule 404(b).

## CONCLUSION

Before becoming President, Abraham Lincoln was a nationally known trial lawyer handling both civil and criminal cases. In arguing a case, he once asked a Judge how many legs a dog has if we call the tail a leg. When the Judge answered "five," Lincoln stated that the correct answer was "four," since calling a tail a leg does not make it so.

Calling these events criminal does not make it so.

Dated: May 21, 2010               Respectfully submitted,

                                  LAW OFFICES OF BRIAN H GETZ

                                        /s/
                                  Brian H Getz

- 2 -
RESPONSE TO THE ADDENDUM TO THE PRESENTENCE REPORT FILED BY THE FEDERAL PROBATION OFFICER
Case No. CR 08-0222-WHA