# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: May 24, 2010                              Total Hearing Time: 2 hours 55 minutes

Case No.:  CR 08-0222 WHA

Title:  UNITED STATES -v- LUKE BRUGNARA (custody)

Counsel for Government: Tom Newman

Counsel for Defendant(s): Brian Getz

Interpreter: n/a                                Probation Officer: Ann Searles

Deputy Clerk: Dawn Toland                       Court Reporter: Lydia Zinn

### PROCEEDINGS

1)   Sentencing - HELD

2)

Case continued to ___ for Status

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 30 months on Counts 1, 2, 3 to run concurrently and placed on supervised release for 1 year on the same Counts with the following special conditions:  1) pay special assessment of $300; 2) pay fine in the amount of $50,000; and 3) pay restitution in the amount of $1,904,625.35.  See J&C for remaining conditions.

Defendant's letter given in court today and one received on 5/19 will be filed.  Defendant's motion to withdraw plea was denied.  Defendant proceeded with attorney Brian Getz.  Government's motion to dismiss Count 4 of the Superseding Indictment and all Counts in Indictment was granted.   Court recommended the defendant be designated to the Lompoc Camp.  Parties shall appear before Magistrate Judge Spero for a bail hearing.  Court does not support bail during the appeal.