BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorneys for Defendant
LUKE BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUKE BRUGNARA,<br><br>　　　　Defendant. | Case No. CR 08-0222-WHA-MAG<br>　　　　　CR 08-0236-MMC-MAG<br><br>**EX PARTE APPLICATION TO EXTEND TIME TO SURRENDER TO FACILITY DESIGNATED BY BOP**<br><br>Date:  On The Pleadings<br>Time:  On The Pleadings<br>Place: Courtroom A, 15th Floor |

## INTRODUCTION

When we were last before this Court, Defendant was released to reside at his home with 24-hour electronic monitoring. Pre-Trial Services Officer Richard Sarlatte has submitted a report to this Court describing difficulties with the electronic monitoring system. The Court has scheduled a hearing for June 18th at 10:30 a.m. to address the status of release conditions.

## RECENT EVENTS

On June 8th and 9th, officers from Pre-Trial Services adjusted the electronic monitoring device at the residence of Defendant, connected it to the newly installed land-line, and tested it extensively. It is apparently working.

On June 11th, Tracy Lucero, Court Deputy to the Honorable William H Alsup, telephoned

---
EX PARTE APPLICATION TO EXTEND TIME TO SURRENDER TO FACILITY DESIGNATED BY BOP
Case No. CR 08-0222-WHA
Case No. CR 08-0236-MMC

counsel for Brugnara advising counsel that the date ordered for surrender by this Court was August 3rd, 2010. Undersigned counsel advised Ms. Lucero that this Court gave a surrender date of August 30th, 2010. Counsel advised Ms. Lucero that the August 3rd date was a typographical error that would be corrected at the June 18th hearing.

Later that morning on June 11th, counsel for Brugnara went to the Federal Building at 11:00 a.m. to confer with the Supervising United States Marshall regarding the BOP designation. The Supervising Marshall, who is quite familiar with this case, advised undersigned counsel that Brugnara had not yet been designated to any facility.

At 4:30 p.m. on June 11th, undersigned counsel returned to his office to learn that at 3:38 p.m., Brugnara had been designated to La Tuna FSL and given a surrender date of June 14th, 2010 by noontime. Assistant United States Attorney Maureen Bessette telephoned counsel to express her preference that Brugnara surrender Monday at noon.

## AN EXTENTION OF TIME TO SURRENDER IS SOUGHT

This Court ordered Brugnara to surrender to the BOP facility August 30th, 2010. Brugnara has been designated. He is at home under 24 hour lock-down. He would still like to surrender on August 30th, 2010. This Court may have other ideas. We would like to address those on June 18th, 2010. We are requesting an extension of time to surrender to JUNE 18TH, 2010. The issuance of this order will keep Brugnara in compliance with BOP and preserve his ability to self-surrender. An additional extension may be requested on June 18th, 2010.

DATED: June 14th, 2010

Respectfully submitted,

LAW OFFICES OF BRIAN H GETZ

/s/
Brian H Getz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUKE BRUGNARA,<br><br>  Defendant. | Case No. CR 08-0222-WHA-MAG<br>CR 08-0236-MMC-MAG<br><br>ORDER EXTENDING TIME TO<br>SURRENDER TO BOP FACILITY |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that the time for Brugnara to surrender to the designated BOP facility is extended to June 18th, 2010.

DATED: JUNE 14TH, 2010

_____
HONORABLE JOSEPH SPERO
UNITED STATES DISTRICT COURT