FILED

MAR 10 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>LUKE D. BRUGNARA,<br><br>  Defendant - Appellant. | Nos. 10-10283, 10-10286<br><br>D.C. Nos. 3:08-cr-00236-MMC<br>          3:08-cr-00222-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: LEAVY and TASHIMA, Circuit Judges.

Appellant's motion for bail pending appeal in appeal nos. 10-10283 and 10-10286 is denied without prejudice to renewal, if necessary, following presentation of the motion to the district court in both proceedings. *See* Fed. R. App. P. 9(b); 9th Cir. R. 9-1.2(a).

The briefing schedule established previously in these appeals shall remain in effect.

KN/MOATT