# EXHIBIT O

Case: 10-10286 0/22/2011 Page: 2 of 15 ID: 76561 DktEntry: 27-16
Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page2 of 17
Case3:08-cr-00___-MMC Document54 Filed01/26/ Page1 of 11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

LUKE BRUGNARA, BRUGNARA CORPORATION,

    Defendants.

No. CR -08-0236 MMC (222 crossed out, 236 written)

**APPLICATION FOR PERMISSION TO ENTER PLEA OF GUILTY AND <u>ORDER ACCEPTING PLEA</u>**
(Fed. R. Crim. P., Rules 10 and 11)

The defendant represents to the Court:

1. My full true name is _Luke D. Brugnara_. I am _46_ years of age. I have gone to school up to and including _graduated college (2 yrs law school)_. My most recent occupation has been _real estate - buying & selling_. I request that all proceedings against me be in my true name.

2. I am represented by a lawyer; his/her name is

    _Harris B. Taback_

3. I received a copy of the indictment/information (as used in the Application the term indictment includes information) before being called upon to plead. I have read the indictment or a translator who speaks _____ read it to me, and I have discussed the indictment with my lawyer.

Case3:08-cr-00222-WHA   Document160   Filed03/22/11   Page3 of 17
Case: 10-10286   02/??/2011   Page: 3 of 15   ID: 7656??   DktEntry: 27-16
Case3:08-cr-002??-MMC   Document54   Filed01/26/1?   Page2 of 11

1  I fully understand every charge made against me. I understand these charges to
2  be:

_18 USC Sec 1001 (2 counts - false statements to_
_law enforcement); 16 U.S.C. 1538 (a)(1)(G) and_
_1540 (b)(1)(4 counts) - Endangered Species Act Violations_

6  4. I have told my lawyer all the facts and circumstances known to me about the
7  charges made against me in the indictment. I believe that my lawyer is fully informed on
8  all such matters.

9  5. I know that the Court must be satisfied that there is a factual basis for a plea of
10  "GUILTY" before my plea can be accepted. I represent to the Court that I did the following
11  acts in connection with the charges made against me in Counts

_On March 24, 2007 I falsely told Warden Kroll that I did_
_not attempt to fish for steelhead when in truth I did attempt_
_to fish for steelhead. I also falsely told Warden Kroll that I fished_
_(continues on attached sheet)_

15  (In the above space defendant must set out in detail in his/her own handwriting what
16  he/she did. If more space is needed, add a separate page.)

17  6. My lawyer has counseled and advised me on the nature of each charge, all
18  lesser included charges, all penalties and consequences of each charge, all possible
19  defenses that I may have in this case and the constitutional rights I am waiving.

21  7. I understand that my constitutional rights are as follows:
22  (a) the right to a speedy and public trial by jury;
23  (b) the right to see all of the evidence against me and to hear all witnesses called to testify against me and to have my attorney cross-examine them;
25  (c) the right to use the power and process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor;
27  (d) the right to the assistance of a lawyer at all stages of the proceedings including trial and appeal and if I cannot afford one, to have the court appoint one to represent me without cost to me or based upon my ability to pay;

Case: 10-10286  02/??/2011  Page: 4 of 15  ID: 7656???  DktEntry: 27-16
Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page4 of 17
Case3:08-cr-002??-MMC Document54 Filed01/26/1? Page3 of 11

(HT) 2B

with a "top water floating frog lure" when in fact I fished with a Costmaster treble hook for the steelhead.

I admit that I closed the portal at my dam on or about January 11, 2007 knowing that steelhead needed to migrate upstream of the dam. The dam remained closed through January of 2008.

I also failed to maintain the fish ladder in an operable condition, and failed to install the flash board barrier throughout the period of January 11, 2007 through May, 2007. I also trapped the steelhead in a pool below the dam with a man made stick dam from March 14-28/200?. I acknowledge that this caused a take of the steelhead.

On March 23, 2007, I fished for and attempted to fish for steelhead located in the pool below my dam with a castmaster treble ch????.

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page5 of 17
Case: 10-10286 02/02/2011 Page: 5 of 15 ID: 7656115 DktEntry: 27-16
Case3:08-cr-00_ _5-MMC Document54 Filed01/26/_ Page4 of 11

(e) the right to remain silent or to take the witness stand at my sole option and if I do not take the witness stand, no inference of guilt may be drawn from such failure and the jury must be so advised;

(f) the right against self-incrimination;

(g) the right to appeal from an adverse judgment;

(h) the right to appeal my sentence without any limitation contained in my plea agreement.

8. I know that I may plead "NOT GUILTY" to any offense charged against me and exercise all of my rights as listed above.

9. I know that if I plead "GUILTY" I am giving up all of the rights enumerated in paragraph 7 and that there will be no trial either before a court or jury.

10. I know that if I plead "GUILTY" the result of my plea is more than just an admission or confession of guilt and that it will result in my conviction, and that further, the court may impose the same punishment as if I had pleaded "NOT GUILTY," stood trial and been convicted by a jury.

11. My lawyer has discussed with me the maximum and minimum, if any, punishments which the law provides and the various provisions of the Sentencing Guidelines that may apply to me. I understand that the maximum punishment for the offense(s) charged in Count(s) __I - IV__ ** of the indictment is ✓ gain or loss whichever is greater 6 months (each count) ~~years~~ of imprisonment, a fine of $ __25,000__ (or twice ___), and a period of __1__ years supervised release for each count. I understand that there is a mandatory minimum punishment of __0__ years imprisonment for the offense(s) charged in Count(s) _____. I also understand that the minimum period of supervised release which the court may impose is __0__ (if applicable) and that if I violate any condition of supervised release the release may be revoked and I may be sentenced to all or a part of the term of supervised release imposed in addition to any other term of imprisonment which I have received.

I understand that I may be assessed the costs of confinement and/or supervision. I understand that I must pay a penalty assessment of $100.00 per count to which I plead (or $25.00 in the case of misdemeanor counts). I understand that I may be ordered to pay

** Counts V-VI - Maximum 5 year prison term for each count a $250,000 fine for each count. Maximum 3 year supervised release.

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page6 of 17
Case: 10-10286 07/ 2/2011 Page: 6 of 15 ID: 76561 DktEntry: 27-16
Case3:08-cr-002 -MMC Document54 Filed01/26/ Page5 of 11

1. restitution in an amount determined by the court.
2. I know that the sentence I will receive is solely a matter within the control of the
3. Judge. I understand that the Judge will make no decision regarding my sentence until the
4. Judge has read and considered the pre-sentence investigation report prepared and
5. submitted to the court by the Probation Department.
6. I also understand that the court and counsel cannot promise what sentence or
7. sentencing range will be set and that these calculations will depend upon the Sentencing
8. Guidelines as they apply to me. *which I have been told is 15 mos. -21 months* I have been advised that the court may sentence within
9. the guideline range determined by the Probation Department or may depart upward or *(ht)*
10. downward from the range. However, no promises have been made to me as to the range
11. or departure.
12. 12. If I am on probation, supervised release or parole in this or any other court, I
13. know that by pleading guilty here my probation, release or parole may be revoked and I
14. may be required to serve time in that case, which may be consecutive, that is, in addition
15. to any sentence imposed upon me in this case.
16. 13. I declare that no officer or agent of any branch of government (federal, state
17. or local) has promised or suggested that I will receive a lighter sentence, or probation, or
18. any other form of leniency, nor have any other promises been made if I plead "GUILTY,"
19. except as stated in the Plea Agreement I have signed, stated on the record in my entry of
20. plea or as follows: *Sentenced by Judge Alsup in tax case first; No charges*
21. *brought for threats complaint or bankruptcy fraud; or any other matters related Government will* ~~recommend~~ *recommend investigation*
22. ~~Recommend~~ *concurrent time in ESB case with tax case, and that defendant will be released to the custody of his mother, to reside at her residence 24/7, elect*
23. (In the space above insert any promises or concessions made to the defendant or to *monitoring*
   his/her attorney.) *on Friday Jan.29 or Thur Jan.28 2007. ankle bracelet*
24. If anyone else made such a promise or suggestion, except as noted in the previous
25. sentence, I know that person had no authority to do it. No one has forced or coerced me
26. into entering this plea. My willingness to plead guilty (does) ~~(does not)~~ result from prior
27. discussions between my attorney and the government's attorney. (If it does, state any
28. factors that influenced you that are not reflected in the plea agreement.)

*(*) and if sentence is imposed the government agrees that the defendant be permitted to voluntarily surrender to the designated BOP facility*

4

Case3:08-cr-00222-WHA   Document160   Filed03/22/11   Page7 of 17
Case: 10-10286   01/12/2011   Page: 7 of 15   ID: 7656177   DktEntry: 27-16
Case3:08-cr-0022_-MMC   Document54   Filed01/26/1_   Page6 of 11

14. I believe that my lawyer has done all that a lawyer could do to counsel and assist me, and I am satisfied with the advice and help he/she has given me.

15. I know that the court will not permit anyone to plead "GUILTY" who maintains he/she is innocent; and, with that in mind and because I am "GUILTY," I respectfully request the court to accept my plea of "GUILTY" and to have the clerk enter my plea of "GUILTY" as follows: to Counts I - VI.

16. My mind is clear. I am not under the influence of alcohol or drugs and I am not under a doctor's care. The only drugs, medicines or pills that I took within the past seven days are:

(If none, so state.)

17. I OFFER MY PLEA OF "GUILTY" FREELY AND VOLUNTARILY AND OF MY OWN ACCORD AND WITH FULL UNDERSTANDING OF ALL THE MATTERS SET FORTH IN THE INDICTMENT AND IN THIS APPLICATION AND IN THE CERTIFICATE OF MY LAWYER WHICH IS ATTACHED TO THIS APPLICATION. IN OFFERING MY PLEA OF "GUILTY" I FREELY AND VOLUNTARILY WAIVE (give up) THE CONSTITUTIONAL RIGHTS GUARANTEED TO ME AS STATED IN PARAGRAPH 7 ABOVE.

5

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page8 of 17
Case: 10-10286 0/ /2/2011 Page: 8 of 15 ID: 76561 DktEntry: 27-16
Case3:08-cr-002. -MMC Document54 Filed01/26/\ Page7 of 11

18. I waive the reading of the indictment in open court, and I request the court to enter my plea of "GUILTY" as set forth in Paragraph 15 of this application.

19. I understand that all of the above statements will be made in open court under oath and that any false statements may be used against me in a prosecution for perjury or false statement which is a felony.

20. __✓__ I am proficient enough in English to read the above and have read and fully understand it.

_____ I am not proficient enough in English. I speak and understand _____ which is my native language. The above was read to me in _____ and I fully understand it.

Signed by me in open court in the presence of my attorney this 26th day of January, 2010.

x _____

6

Case: 10-10286  02/22/2011  Page: 9 of 15  ID: 7636  DktEntry: 27-16
Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page9 of 17
Case3:08-cr-00_-MMC Document54 Filed01/26/_ Page8 of 11

### INTERPRETER CERTIFICATION

I, _____, hereby certify that I am a duly

_____ interpreter in the English and _____

languages and that I read all of the above to the defendant, that he/she stated he/she fully

understood it, and I am satisfied that his/her answer is true and correct.

_____
Interpreter's signature

_____
Date

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page10 of 17
Case: 10-10286 02/22/2011 Page: 10 of 15 ID: 76567 DktEntry: 27-16
Case3:08-cr-00 -MMC Document54 Filed01/26/ Page9 of 11

## CERTIFICATE OF COUNSEL

The undersigned, as lawyer and counselor for the defendant __Luke D. Brugnara__, hereby certifies:

1. I have read and fully explained to the defendant and believe he/she fully understands the allegations contained in the indictment of this case, the defenses he/she may have to each and every one of the allegations and the consequences of a plea of "GUILTY," including the pertinent Sentencing Guidelines provisions and maximum and minimum penalties.

2. I believe the defendant fully understands the constitutional rights he/she is waiving and that by entering a plea of "GUILTY" he/she is waiving each and every one of those rights.

3. Nothing has come to my attention which causes me to believe that the defendant lacks the ability to understand anything contained in the attached application or that at the time of entering his/her plea he/she is under the influence of any drug or alcohol.

4. The plea of "GUILTY" offered by the defendant in Paragraph 15 accords with my understanding of the facts he/she related to me and is consistent with my advice to the defendant.

5. In my opinion the defendant's waiver of reading of the indictment in open court as provided by Rule 10 is voluntarily and understandingly made, and I recommend to the court that the waiver be accepted by the court.

6. Defendant has read the Plea Agreement she/he signed in the matter and I believe she/he fully understands it. I certify that no promises have been made to the defendant by the government or myself other than those contained in the Plea Agreement and if there are such other promises I must state them on the record before my client and the court.

7. In my opinion the plea of "GUILTY" offered by the defendant in Paragraph 15

8

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page11 of 17
Case: 10-10286 02/22/2011 Page: 11 of 15 ID: 7656715 DktEntry: 27-16
Case3:08-cr-002 -MMC Document54 Filed01/26/1 Page10 of 11

of the application is voluntarily and understandingly made. I recommend that the court accept the plea of "GUILTY."

Signed by me in open court in the presence of the defendant above-named and after full discussion of the contents of this certificate with the defendant this 26th day of January 26, 2010.

_____
Attorney for the Defendant

9

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page12 of 17
Case: 10-10286 02/25/2011 Page: 12 of 15 ID: 7656755 DktEntry: 27-16
Case3:08-cr-002 -MMC Document54 Filed01/26/ Page11 of 11

## ORDER

I find that:

1. The defendant enters this plea of guilty freely and voluntarily and not out of ignorance, inadvertence, fear or coercion.

2. The defendant understands and knowingly, freely and voluntarily waives his constitutional rights.

3. The defendant freely and voluntarily executed the within Application and understands its contents.

4. The defendant has admitted the essential elements of the crime charged.

IT IS THEREFORE ORDERED that the defendant's plea of "GUILTY" be accepted and entered as prayed for in the Application and as recommended in the certificate of his lawyer.

Done in open court this __26th__ day of __January__, 20_10_.

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge

10

# EXHIBIT P

Case: 10-10286   02/22/2011   Page: 2 of 5   ID: 7656... DktEntry: 27-17
Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page14 of 17
Case3:08-cr-00222-WHA Document48 Filed09/02/09 Page1 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE D. BRUGNARA,<br><br>Defendant. | No. CR 08-0222 WHA<br><br>ORDER VACATING GUILTY PLEA AND SETTING CASE FOR JURY TRIAL |

    Pursuant to a Rule 11(c)(1)(C) plea agreement, defendant Luke D. Brugnara pled guilty to filing a false tax return for the year 2000 in violation of 26 U.S.C. 7206(1). He sold real estate in 2000 but knowingly failed to report the gain in his return for 2000. The plea was taken on May 15, 2009, after the indictment had been pending for thirteen months. Defendant Brugnara had retained counsel with an excellent reputation, was out of custody, and had had many months to prepare for trial.

    The plea was accepted on the eve of trial. The trial date was then vacated. After the trial date was vacated, defendant Brugnara fired his lawyer and asked for a CJA lawyer to aid him in rescinding his plea agreement. Of course, by that point, it was impossible to reinstate the trial date, the calendar slots having been quickly consumed. New CJA counsel would have, at all events, needed time to prepare anew.

Case3:08-cr-00222-WHA Document160 Filed03/22/11 Page15 of 17
Case: 10-10286 02/22/2011 Page: 3 of 5 ID: 7656111 DktEntry: 27-17
Case3:08-cr-00222-WHA Document48 Filed09/02/09 Page2 of 4

New counsel has now moved to vacate the plea and asks for a trial next year in February. The standard governing such a motion appears in Rule 11(d)(2) and requires a "fair and just reason for requesting the withdrawal" before sentencing.

Without doubt, the Ninth Circuit caselaw requires that leave to withdraw guilty pleas be liberally allowed before sentencing. When, however, the *only* reason given for the request is that the plea was not knowing and voluntary, then such a request can be denied when the Court finds the plea was, in fact, voluntary and knowing. *United States v. Garcia*, 401 F.3d 1008, 1012 (9th Cir. 2005). After reading the transcript of the plea colloquy, the Court is convinced and so finds that defendant Brugnara's plea was, indeed, knowing and voluntary. He admitted that he was thinking clearly, among many other admissions relevant to the question. Yes, now he says that he was under stress and apprehension when he pled guilty. That is almost always true for every defendant who pleads guilty. Still, we expect defendants who plead guilty to manage their anxiety, to focus clearly on the decision at hand, and to make a solemn and grave choice. Defendant Brugnara assured the Court that he had done so and was thinking clearly at the time. All agree that the plea colloquy was adequate. No claim of new evidence is made. No argument is made that there have been intervening circumstances. All that is now claimed is that the plea was the product of fear and stress and now defendant thinks, on reflection, that he should go to trial. (It should be noted that in the process of asking for a CJA lawyer, defendant stated that he had been misinformed by his prior counsel as to the effect of the "*Valentino*" decision, a suggestion expressly no longer made by new counsel.[1] There was no contention of overwhelming fear and stress. Now that is the sole contention.)

Although the foregoing plainly militates against the motion, *United States v. Rios-Ortiz*, 830 F.2d 1067, 1069 (9th Cir. 1987), the matter is still one within the Court's discretion. *Garcia*, 401 F.3d at 1011. In exercising that discretion, there is a powerful practical

---

[1] The "*Valentino* ruling" appears to be a reference to *United States v. Valentino*, 19 F.3d 463 (9th Cir. 1994), where the defendant appealed his sentence after having pled guilty to a violation of 26 U.S.C. 7206(1) (the same violation to which Brugnara has pled guilty in this action). In *Valentino*, the Ninth Circuit affirmed the lower court's ruling that interpreted federal sentencing guidelines as requiring the defendant's sentence to be calculated by the amount of under-reported income as opposed to the net loss to the federal government after adjustments. *Id.* at 465 ("The purpose of the guideline rules is to measure the size of the lie, not the size of the government's loss after all corrections in both directions").

2

consideration. The plea is pursuant to Rule 11(c)(1)(C). That means that if the ultimate sentence varies from the range in the plea agreement, one side or the other would be entitled to cancel the agreement and require a trial. Given the seriousness of the admissions and proffer already before the Court, and given that the Rule 11(c)(1)(C) range is so much lower than the statutory maximum, it is at least plausible that a higher sentence would be imposed, leading to a cancellation of the plea and a trial delay even worse than were we to cancel the plea now.[2] This is not to say that the sentence will necessarily exceed the plea agreement range. That could only be decided after a fair and thorough sentencing process. But it is reasonable to say that we are already facing a risk of a withdrawn plea due to the inherent nature of a Rule 11(c)(1)(C) plea, the arguable leniency of the proposed sentencing range, and the seriousness of the circumstances already stated to the Court. To exacerbate the situation, even if the Court sentences *within* the plea agreement range, there would likely be an appeal of a refusal to vacate the plea, premised on the circuit's policy of liberality. Finally, if the sentence were *below* the range, then the government might well cancel the plea and sentence. Looking ahead, there are simply too many avenues leading to yet more delay. The practical course is to try the case on the merits and as promptly as practical.

If the plea had been an open plea, this consideration would not be present. Given the contingencies under Rule 11(c)(1)(C), a practical course seems best in the discretion of the Court. Trying the case on the merits seems best.

To be sure, the government has made an abstract claim of prejudice but has utterly failed to support it. If the proposed plea range were rejected, it is worth adding that the case would have to be tried, perhaps even much later, so any claim of prejudice must be trimmed to size in light of this risk anyway.

For the foregoing reasons, the Court exercises its discretion to vacate the plea of guilty entered on May 15, 2009, and hereby reinstates the not guilty plea previously entered. The jury trial shall commence on **FEBRUARY 1, 2010, AT 7:30 A.M.** with a final pretrial conference on

---

[2] The guideline range is not known yet. It would be subject to application of the statutory sentencing factors at all events, such as the need for deterrence. 18 U.S.C. 3553.

3

JANUARY 18, 2010, AT 2:00 P.M. Given new counsel's need to come up to speed, the time between now and the trial date shall be excluded under the Speedy Trial Act, the Court finding the need for the continuance outweighs the need of the public or the defendant for a speedier trial. (Please promptly prepare a written stipulation and order.) A status conference is hereby set for SEPTEMBER 22, 2009, AT 2:00 P.M. Please do *not* present any more Rule 11(c)(C) pleas although, of course, an open plea will always be entertained if seasonably made before trial. Acceptance of responsibility may or may not be available depending on the timing and other circumstances.

**IT IS SO ORDERED.**

Dated: September 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE