UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>LUKE D. BRUGNARA,<br><br>　　　　Defendant - Appellant. | No. 10-10283<br><br>D.C. No. 3:08-cr-00236-MMC-1<br>U.S. District Court for Northern<br>California, San Francisco<br><br>**MANDATE** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>LUKE D. BRUGNARA,<br><br>　　　　Defendant - Appellant. | No. 10-10286<br><br>D.C. No. 3:08-cr-00222-WHA-1<br>U.S. District Court for Northern<br>California, San Francisco |

The judgment of this Court, entered October 27, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk