**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 15, 2011

CASE NUMBER:  CR08-236 MMC          CR08-222 WHA

USCA NUMBER:  10-10283      10-10286

CASE TITLE:  US-v-Luke D. Brugnara
DATE MANDATE FILED:  Dec. 15, 2011

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Distribution:  CIVIL -          Counsel of Record

             CRIMINAL   -      Counsel of Record ECF notification
                               U.S. Marshal (Copy of Mandate)  X
                               U.S. Probation Office            X

o:\mrg\crim\mandate.mrg

Rev 11/95