FILED

MAR 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> LUKE D. BRUGNARA, <br><br> Defendant - Appellant. | No. 10-10283 <br><br> D.C. No. 3:08-cr-00236-MMC-1 <br> Northern District of California, <br> San Francisco |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> LUKE D. BRUGNARA, <br><br> Defendant - Appellant. | No. 10-10286 <br><br> D.C. No. 3:08-cr-00222-WHA-1 <br> Northern District of California, <br> San Francisco |

ORDER

Before: WALLACE and THOMAS, Circuit Judges, and GEORGE, Senior District Judge.[*]

The Motion to Recall Mandate and for Leave to File Late Petition for

Rehearing *En Banc* is DENIED because this case does not present "exceptional

---

[*] The Honorable Lloyd D. George, Senior District Judge for the U.S. District Court for Nevada, sitting by designation.

circumstances" justifying the panel's exercise of discretion to recall the mandate. *See Zipfel v. Halliburton Co.*, 861 F.2d 565, 567 (9th Cir. 1988).

The Petition for Rehearing *En Banc* is DENIED as untimely. Fed. R. App. P. 35(c); 40(a)(1).