IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 08-0222 WHA

**ORDER RE REQUEST FOR SEALING**

    The government has requested that its motion to modify defendant Luke Brugnara's conditions of supervised release and supporting exhibits be filed under seal, without service on defendant, until the hearing scheduled for April 9. The government has not provided any authority supporting the *ex parte* sealing of such information in a criminal case. Accordingly, the government is requested to submit any such authorities by Monday, **APRIL 1 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE