1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LUKE BRUGNARA,

        Defendant.

_____/

No. CR 8-00222 WHA

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

The government has filed a motion to modify defendant Luke Brugnara's conditions of supervised release pursuant to 18 U.S.C. 3583(e). "The trial court, as it sees fit, may modify an individual's conditions of supervised release." *United States v. Johnson*, 529 U.S. 53, 60 (2000). The government proposes to add the following additional special conditions:

1. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

2. The defendant shall not transfer any assets, directly or indirectly, without the express consent of the probation officer.

At the hearing on April 9, defendant and his counsel appeared. United States Probation Officer Jennifer James and counsel for the government were also present. Through his counsel, defendant agreed to the additional conditions, without admitting or denying the factual

allegations stated in the government's motion.  No objections were received from any party.

Accordingly, the government's motion to modify defendant's conditions of supervised release is

GRANTED.

      **IT IS SO ORDERED.**

Dated:  April 9, 2013.

                     WILLIAM ALSUP
                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California