BRIAN STRETCH
Acting United States Attorney,
Under Authority
Conferred by 28 U.S.C. § 515
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
RAVEN M. NORRIS (CSBN 232868)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile:  (415) 436-6748
raven.norris@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  CR 08-0222 WHA |
| ) | |
| v. ) | **[PROPOSED]** |
| ) | **ORDER FOR ISSUANCE OF** |
| LUKE BRUGNARA, ) | **WRIT OF EXECUTION BY** |
| ) | **CLERK OF THE COURT** |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to this Court's July 8, 2013 Order Granting in Part the United States' Application for Writ of Execution,

IT IS HEREBY ORDERED that a Writ of Execution commanding the United States Marshal to satisfy the defendants' judgment by levying on and selling property identified in the Court's July 8, 2013 order in which the defendant has a substantial nonexempt interest shall be issued by the Clerk of the Court.

IT IS FURTHER ORDERED that the levy and seizure of the property shall be conducted pursuant to 28 U.S.C. § 3203 and the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 et seq.

Dated: July 18, 2013.

_____
WILLIAM H. ALSUP
United States District Judge