BRIAN STRETCH
Acting United States Attorney,
Under Authority
Conferred by 28 U.S.C. § 515
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
RAVEN M. NORRIS (CA Bar No. 232868)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  Facsimile: (415) 436-6748
  Email:  Raven.Norris@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  vs.<br><br>LUKE BRUGNARA,<br><br>                Defendant. | Case No. CR 08-222-001-WHA<br><br>**[PROPOSED]**<br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO WITHDRAW OR OTHERWISE TERMINATE WRIT OF EXECUTION** |

Upon consideration of the United States' Motion to Withdraw or otherwise Terminate Writ of Execution and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to Withdraw or Otherwise Terminate Writ of Execution is granted.

IT IS FURTHER ORDERED that the Writ of Execution is withdrawn and terminated. All deadlines and proceedings set forth in the Amended Order Granting in Part Application for Writ of Execution dated July 9, 2013 are vacated.

////

////

////

1  IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3203 and the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 et seq., the U.S. Marshal shall release the levy on the property seized pursuant to the Writ and return the property to the Defendant.

Dated:  August 19, 2013

_____
WILLIAM H. ALSUP
United States District Judge

Proposed Order Granting Motion to Terminate
Case No. CR 08-222-01-WHA