IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
                               /

No. CR 08-00222 WHA

**SCHEDULING ORDER**

     As discussed at yesterday's hearing, defendant Luke D. Brugnara has a pending Form 12 dated May 29, 2014 (Dkt. No. 247). Accordingly, an evidentiary hearing on the merits of that Form 12 is hereby set for **8 AM ON JUNE 16, 2014**. This is separate and apart from defendant's request for a preliminary hearing on probable cause for the Form 12, a request that will be determined by Magistrate Judge Jacqueline Scott Corley (or the general duty magistrate judge, if Magistrate Judge Corley is unavailable).

**IT IS SO ORDERED.**

Dated: June 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE