IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00222 WHA |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **NOTICE RE PROPOSED TRIAL SCHEDULE** |
| Defendant. / | |

In preparation for tomorrow's hearing, the undersigned judge proposes the following possible trial schedule on defendant Brugnara's charge in No. CR 14-00306. Specifically, a jury can be selected beginning at **7:30 AM ON JULY 23, 2014**. A recess would then be taken until **7:30 AM ON JULY 28, 2014**, with trial then running throughout that week and into the week of August 4, 2014, as needed.

Dated: June 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE