UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL TRIAL MINUTES

The Honorable WILLIAM ALSUP

Date: June 16, 2014

Case No. **CR08-0222 WHA**

Case Name: **UNITED STATES OF AMERICA** v. **LUKE D. BRUGNARA**

Counsel for Government: Doug Sprague

Counsel for Defendant(s): Brandon LeBlanc

Clerk: Dawn Toland                              Court Reporter: Lydia Zinn

Trial Began  6/16/14                            Status Conference  6/17/14 at 2:00 pm

Trial Motions:                                                                 Disposition

1.
2.

Proceedings:

Parties shall return tomorrow to address when defendant's possible witnesses will be called. The admitted evidentiary hearing exhibits were placed in an envelope to be deposited in Clerk's Office: Government's 1 through 13 and defendant's C. Government concluded with their witnesses. Defendant shall be prepared to address the remaining witnesses that may be called at the status hearing on June 17.

Time in Court: 4 hours 22 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR-08-00222 WHA**

Case Name: **UNITED STATES OF AMERICA** v. **LUKE D. BRUGNARA**

**EXHIBIT and WITNESS LIST**
Continued

June 16, 2014

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:05 AM | | | Evidentiary Hearing re Form 12 Violations | |
| | | | | | Preliminary Matter addressed: Defendant's request to continue the hearing or alternatively bifurcate the witnesses is granted and denied part. Court found it's fair to go forward and will begin with the Government's witnesses. | |
| | | | | | Upon counsel's request witnesses are excluded | |
| | | 8:41 AM | | | Government's witness **Rose Long** sworn-in | |
| 1 | | | X | X | Email from Rose Long to Luke Brugnara | |
| 2 | | | X | X | String of Email Between Rose Long and Luke Brugnara | |
| 3 | | | X | X | Emails between Rose Long and Luke Brugnara | |
| 4 | | | X | X | Circa List of Size and Weight of Art | |
| 5 | | | X | X | Tigers Shipping Label | |
| 6 | | | X | X | Sales Invoices | |
| 7 | | | X | X | Email from Rose Long | |
| 8 | | | X | X | Email from Luke Brugnara | |
| 11 | | | X | X | Photographs | |
| | | 9:53 AM | | | Recess | |
| | | 10:03 AM | | | Reconvene | |
| | | | | | Cross Examination | |
| | A | | X | | Katie John Web Page Printout | |
| | B | | X | | FBI Report/Memo | |
| | C | | X | X | Email too Rose Long | |
| | D | | X | | Three Photographs | |
| | | 11:37 AM | | | Redirect Examination | |
| | | 11:40 AM | | | Witness Rose Long Excused | |
| | | 11:42 AM | | | Government's witness **Harvey Schochet** sworn-in | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | | | X | X | Email from Robert Kane to Harvey Schochet | |
| 10 | | | X | X | Email from Robert Kane to Harvey Schochet | |
| | | 11:56 AM | | | Cross Examination | |
| | | 12:02 PM | | | Witness Harvey Schochet Excused | |
| | | | | | Government's Witness **Agent Charles Gunther** sworn-in | |
| 11 | | | X | X | Photographs | |
| | | 12:07 AM | | | Witness Charles Gunther Excused | |
| 12 | | | X | X | Financial Statement of Luke Brugnara | |
| 13 | | | X | X | Declaration of Defendant or Offender Net Worth & Cash Flow | |
| | | 12:27 PM | | | Recess until 2pm on June 17 | |

Page _____