IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 08-00222 WHA

**CORRECTED ORDER REQUESTING INFORMATION FROM COUNSEL AND SETTING STATUS CONFERENCE**

    At yesterday's hearing, defendant Luke D. Brugnara indicated that the undersigned judge had said on the record that he would defer his decision on the pending Form 12 until after the trial in a related prosecution — *United States v. Brugnara*, No. CR. 14-00306 — had taken place.

    Counsel for both sides are requested to please provide any citation to the court reporter's transcripts, showing whether the undersigned judge had in fact said that he would defer a decision on the pending Form 12, as now reported by defendant. Any such citations are due by **NOON ON JUNE 23**.

    In addition, the parties will return for a status conference at **9 AM ON JUNE 24**. As discussed at yesterday's hearing, please be prepared to address whether defendant wishes to and/or should be permitted to put on any additional witnesses for the Form 12 proceeding.

    **IT IS SO ORDERED.**

Dated: June 19, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE