1

2

3

4

5

6                                    IN THE UNITED STATES DISTRICT COURT

7                               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    UNITED STATES OF AMERICA,

11              Plaintiff,                                    No. CR 08-00222 WHA

12        v.

13    LUKE D. BRUGNARA,                                       **ORDER DENYING MOTION TO
                                                              REVOKE DETENTION ORDERS**
14              Defendant.

15    _____/

16            At today's hearing, both sides presented oral argument on defendant Luke D. Brugnara's

17    motion to revoke two detention orders — one by Magistrate Judge Jacqueline Scott Corley, and

18    the other by Magistrate Judge Nathanael Cousins.  As part of that motion, defendant also sought

19    to be released on bail conditions (Dkt. No. 294).

20            To be clear on today's ruling, the Court was attempting to fashion stringent conditions of

21    release for arrangements at a halfway house that would protect the public from any further

22    economic crimes by defendant.  In considering such potential conditions, however, it became

23    clear to the undersigned judge — and the Court so finds — that defendant would not honor any

24    such conditions of release and that he would not be amenable to supervision.  At hearing, he

25    persistently engaged in outbursts and interruptions, against the repeated instruction of his

26    counsel as well as this Court, and was later physically removed from the courtroom by the

27    United States Marshals.  Moreover, defendant has not met his burden of demonstrating by clear

28    and convincing evidence that he would not pose an economic danger to the community.  The

      undersigned judge is therefore convinced that there are no set of conditions that could be

**United States District Court**
For the Northern District of California

fashioned for a release to a halfway house that would also protect the public from further economic harm by defendant.  The Court further finds by clear and convincing evidence that defendant presents an economic danger to the community.  *See United States v. Reynolds*, 956 F.2d 192 (9th Cir. 1992).

In light of the above, this order notes that it is unnecessary to make findings regarding defendant's risk of flight and/or threat of physical violence.


**IT IS SO ORDERED.**


Dated:  June 30, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE