IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 08-00222 WHA

**ORDER RE HOLDINGS FROM AUGUST 14 HEARING**

For the reasons stated on the record today, defendant's requests for pretrial release (Dkt. Nos. 321, 324), as well as his motion for new counsel (Dkt. No. 326), are **DENIED**.

At today's hearing, the government requested a hearing date for its motion in limine on attorney-client privilege and advice of counsel (Dkt. No. 323). Accordingly, that hearing is set for **11 A.M. ON SEPTEMBER 3, 2014**.

Also discussed at today's hearing was the possibility of a recusal motion. Yesterday, defendant blurted out on the record that a motion to recuse the undersigned judge had been suggested to defendant by his prior counsel. This recusal issue should be cleared up immediately. If defendant wishes to file such a motion based on the record to date, he must do so by **5 PM ON AUGUST 22, 2014**.

    **IT IS SO ORDERED.**

Dated: August 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE