1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                           NORTHERN DISTRICT OF CALIFORNIA

9                               SAN FRANCISCO DIVISION

10

11   UNITED STATES OF AMERICA,            )   CASE NO. CR 14-0306 WHA
                                          )              CR 08-0222 WHA
12          Plaintiff,                    )
                                          )   [PROPOSED] ORDER PERMITTING APPRAISER
13      v.                                )   TO ACCESS 224 SEA CLIFF AVENUE
                                          )
14   LUKE D. BRUGNARA,                    )
                                          )
15          Defendant.                    )
     _____  )

16

17          Based upon the Joint Motion to Permit Appraiser to Access 224 Sea Cliff Avenue, and other

18   good cause appearing, IT IS HEREBY ORDERED THAT:

19          1.      Appraiser Michael Botta is authorized and permitted to access 224 Sea Cliff Avenue in

20   connection with preparing an independent appraisal of that property.  Mr. Botta shall be allowed

21   complete and unrestricted access to 224 Sea Cliff Avenue between the hours of 8:00 a.m. and noon on

22   August 20, 2014, as he deems necessary to perform a thorough, professional, unbiased appraisal.

23          2.      Defense counsel, proposed surety Ms. Brugnara (either personally or through her

24   attorney, Robert Kane, or the listing agent, Mark Levinson) are responsible for assuring that Mr. Botta

25   can access the home and its surrounding land during the time period set forth above.  Mr. Botta may ask

26   questions of any person as he deems appropriate to his work, but he is not to be accompanied during his

27   site visit unless he requests it.

28

JOINT MOT. RE APPRAISER;
CR 14-0306 WHA and CR 08-0222 WHA

3

1    3.    The Court requests that Mr. Botta will prepare his appraisal as quickly as possible

2  without sacrificing professional quality.

3    4.    The government will pay Mr. Botta's fee.

4    **IT IS SO ORDERED**.

5

6  DATED: August  18, 2014.                    _____

7                                    HON. WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOT. RE APPRAISER;
CR 14-0306 WHA and CR 08-0222 WHA

4