IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 08-00222 WHA

**ORDER RE ADDITIONAL CONDITIONS FOR ANY FURTHER HEARING ON PRETRIAL RELEASE**

The undersigned judge has held at least four hearings on the issue of pretrial release, not counting additional hearings before the magistrate judges. Most recently, the Court advised that, before any more hearings, defendant must set forth any and all objections in writing as to the conditions of pretrial release — as set forth in the letter from pretrial services on July 25, 2014 — as well as the modified conditions that defendant would honor if any objections are made. So far, no objections have been submitted.

In the meantime, the government was given leave to conduct an independent appraisal of the Sea Cliff property, on representation that the appraisal would be prepared "as quickly as possible without sacrificing professional quality" (Dkt. No. 348).

As counsel know, the undersigned judge will not be available next week, and counsel have been inquiring about the Court's availability for this Friday morning to have yet a further hearing on the issue of pretrial release. To be of assistance to counsel, the following three items are now ordered:

1. By **5 P.M. ON AUGUST 21, 2014**, defense counsel shall provide the written statement setting forth any objections to the conditions of pretrial release, as instructed by the order dated August 14, 2014 (Dkt. No. 341).

2. By **9 A.M. ON AUGUST 22, 2014**, the government must present any counter appraisal of the Sea Cliff property on which it seeks to rely.

3. If the first condition directly above is met — and *only* if that first condition is met — a hearing will be held at **10 A.M. ON AUGUST 22, 2014**. If need be, the appraiser can testify in person during that hearing.

**IT IS SO ORDERED.**

Dated: August 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2