IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>LUKE D. BRUGNARA,<br><br>  Defendant.<br>_____/ | No. CR 08-00222 WHA<br><br>**ORDER VACATING AND RESCINDING PRIOR ORDER; AND REFERRING MATTERS OF PRETRIAL RELEASE** |

For the reasons stated today, the order dated September 10, 2014 (Dkt. No. 371), is hereby **VACATED** and **RESCINDED**. This is without prejudice to possible cell-phone relief at a future time and on a better record, as decided by Magistrate Judge Nathanael Cousins.

Moreover, all matters dealing with pretrial release are **REFERRED** to **MAGISTRATE JUDGE COUSINS**.

**IT IS SO ORDERED.**

Dated: September 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE