**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 08-00222 WHA

**ORDER RE MOTION FOR ORDER REQUIRING DEFENSE COUNSEL TO MEET WITH DEFENDANT**

        Today, the undersigned judge received a copy of defendant Luke D. Brugnara's handwritten motion "for [a] court order requiring defense counsel Erik Babcock to meet with [defendant] to prepare effectively for trial" (Dkt. No. 409).

        In that handwritten motion, defendant requests that Attorney Babcock be ordered to meet with him for a "minimum of thirty (30) hours per week." Defendant also alleges that he "has not seen, or received, from [Attorney] Babcock any of the Motions, Repl[ies], Court Orders or Discovery in this case . . . despite requesting these documents numerous times." He further requests in the present motion that he be permitted "reasonable bail conditions to allow him to meet with Erik Babcock 30 hours per week to effectively prepare for trial," and has appended two handwritten declarations on his request for bail conditions and his offer "to provide specifics, and the accompanying emails and documents, with a clear and simple outline of how [the Las Vegas real estate] project is put together and the expected cash flow and profit, to this Court, without the US Attorney, or any other party, listening and seeing the specifics, as it is a confidential transaction which will result in huge profits and cash flow" (Dkt. Nos. 410, 411).

As discussed in the order dated September 25, 2014 (Dkt. No. 402), defendant is already represented by counsel and should not make motions on his own. Furthermore, the undersigned judge will not interfere with the attorney-client relationship between Attorney Babcock and defendant. Accordingly, defendant's handwritten motion for an order to Attorney Babcock and his request for reasonable bail conditions are **DENIED**. This is without prejudice to the pending motion to revoke detention, as submitted by Attorney Babcock on October 9, 2014 (Dkt. No. 408).

**IT IS SO ORDERED.**

Dated: October 14, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE