United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

  /

No. CR 08-00222 WHA

**ORDER RE "MOTION FOR CORRECTION AND RELIEF-BAIL"**

        On October 23, 2014, the undersigned judge received a handwritten "Motion for Correction and Relief-Bail," mailed by defendant Luke D. Brugnara. This handwritten motion is ten-pages long, and is chock-full of claims regarding how the October 3 order denying defendant's earlier motion to disqualify the United States Attorney's Office in this district is erroneous and prejudicial, and how he should be released on "immediate reasonable bail conditions as guaranteed."

        For three reasons, defendant's motion is **DENIED**. *First*, as explained in prior orders (*see, e.g.*, Dkt. Nos. 402, 412), defendant should not make motions on his own given that he is already represented by counsel. *Second*, defendant's request for release on bail conditions should not be brought before the undersigned judge, because all matters dealing with pretrial release have already been referred to Magistrate Judge Nat Cousins by order dated September 12, 2014 (Dkt. No. 380). *Third*, defendant's motion is essentially one for reconsideration, which first requires that a motion for leave be requested and granted *before* defendant submits his present motion. *See* Crim. L.R. 2-1; Civ. L.R. 7-9(a) ("No party may notice a motion for reconsideration without

first obtaining leave of Court to file the motion."). No such motion for leave has been made here, nor has defendant shown a proper basis for seeking leave. *See* Civ. L.R. 7-9(b)(1)–(3), (c). Indeed, his present motion simply repeats his arguments for his motion to disqualify the United States Attorney's Office, which is prohibited under our local rules.

Defendant will please not submit any more handwritten motions unless it is a proper motion brought and filed by his counsel.

**IT IS SO ORDERED.**

Dated: October 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE