**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

/

No. CR 08-00222 WHA

**ORDER RE DEFENDANT'S OPEN COMMUNICATION**

Defendant Luke D. Brugnara has submitted his own handwritten "open communication" to the undersigned judge (Dkt. No. 430). Defendant has expressly titled his handwritten communication as "not a motion" (*id.* at 1). But in reality, the handwritten communication makes two requests: that (1) "this Court sua sponte grant [defendant] reasonable bail conditions at Sea Cliff, or whatever it deems reasonable, so [he] can borrow funds to hire private counsel and make this case go away," and that (2) the undersigned judge "order the immediate valuation of the 'art'" involved in this prosecution (*id.* at 4).

Both requests are **DENIED**. This is now defendant's *fourth* handwritten request, despite prior orders referring all pretrial detention issues to Magistrate Judge Nat Cousins and instructing defendant that he cannot submit any more handwritten motions unless it is a proper motion brought and filed by his two CJA counsel Erik Babcock or James Stevens (*see, e.g.*, Dkt. Nos. 380, 418, 426).

**IT IS SO ORDERED.**

Dated: November 18, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE