IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

                                        /

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**ORDER RE MOTION TO WITHDRAW**

      Attorney Babcock's motion to withdraw is **DENIED** for the reasons stated in an order filed under seal.

      **IT IS SO ORDERED.**

Dated: December 23, 2014.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE