IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
    /

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**ORDER RE ACTIVATION OF FURLOUGH PROCEDURES AND DEFENDANT'S REQUEST FOR A 24-HOUR CHRISTMAS FURLOUGH**

The Court has received signed copies of the Court's furlough procedures from Attorneys Erik Babcock, James Stevens, and defendant Luke Brugnara. This order now activates the furlough procedures set forth in the Court's order dated December 23, 2014 (Dkt. No. 257). The Marshals are hereby authorized to furlough Mr. Brugnara — on the terms of the Court's December 23 order.

                *        *        *

The Court has also received defendant's ex parte request for a 24-hour Christmas furlough. For the reasons stated at the hearing on December 22, that request is **DENIED**.

All counsel and pre-trial services should meet and confer over a stipulation to allow Mr. Brugnara's family to meet with him in the attorney's lounge (with defense counsel and pre-trial services present) for up 30 minutes as a one-time holiday exception to the terms of the December 23 order. Until such a stipulation is received, no such exception is authorized.

**IT IS SO ORDERED.**

Dated: December 24, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE