IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**ORDER RE REFERRAL TO NEW MAGISTRATE JUDGE**

Defendant has submitted a one-paragraph motion requesting a referral to a different magistrate judge than Judge Nat Cousins. Defendant argues that because Judge Cousins has relocated to San Jose, and does not hold hearings in San Francisco as often as defendant would like, defendant should be referred to Judge Laurel Beeler or Judge Joseph Spero.

Judicial economy requires that matters in this action continue to be referred to Judge Cousins. Judge Cousins is familiar with defendant's case and has held eight hearings in this matter since June 2014. Furthermore, defendant has not cited one instance in which he was unable to schedule a hearing in front of Judge Cousins within a reasonable time frame. An unworkable and unfair precedent would be set if parties could change judges every time a judge relocated to a different courthouse less than 60 miles away. Judge Cousins has assured the Court that he will continue to have time to rule on various motions in this case.

For the reasons stated above, defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE