IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE BRUGNARA,

    Defendant.

No. CR 08-0222 WHA
No. CR 14-0306 WHA

**ORDER RE RETURN OF BRONZE DEGAS**

    If the defendant in any way proposes to return the bronze Degas in question to Rose Long as a way to reduce his potential sentence, then it should be done promptly and unconditionally and under circumstances wherein the chain of custody and integrity of the artwork can be verified by Ms. Long as well as by any expert she designates. This order does not reach the question of whether any such return would warrant consideration in sentencing. It simply requires that any such action be done promptly if it is to be done before sentencing. This is without prejudice to a mandatory restitution order requiring its return at judgment.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE