IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>_____/ | No. CR 08-00222 WHA<br>No. CR 14-00306 WHA<br><br><br><br>**APPOINTMENT OF COUNSEL** |

After the closings, defendant Luke D. Brugnara requested appointment of counsel for "sentencing." After a verdict had been reached, but before it was read, defendant affirmatively stated that his request for counsel was "for all purposes." Attorneys George Boisseau and Dena Young are hereby appointed under the Criminal Justice Act to represent defendant for all purposes after verdict in Case No. 14-00306 and for all purposes regarding the Form 12 and thereafter in Case No. 08-00222.

Advisory counsel James Stevens and Richard Tamor will phase out now, but will be paid for transition time, with the thanks of the Court.

Now that he is represented by counsel for all purposes, defendant is hereby on notice that only counsel will speak for him in court and he will be limited to speaking only to his right of allocution at sentencing and through sworn testimony.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE