IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
/

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**ORDER RE CLOSURE OF FORM 12 EVIDENTIARY RECORD**

After the jury announced its verdict (in Case No. 14-306), an order was issued stating that all admitted trial evidence was deemed part of the pending Form 12 proceeding (in Case No. 08-222), as per the 2014 arrangement. Both sides were ordered to show cause as to why the Form 12 evidentiary record should not be closed (Dkt. No. 628). The defense then indicated its intent to file a motion for a new trial. In the event that a new trial is granted after that motion is heard, any subsequent trial record shall be deemed part of the pending Form 12 record. Therefore, any argument on whether the offender should be found to have violated the terms of his supervised release as charged in the Form 12 (Case No. 08-222, Dkt. No. 247), shall be conducted after the offender's post trial motions have been ruled on. The hearing set for July 14 is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: June 23, 2015.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE