IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>                                      / | No. CR 08-00222 WHA<br>No. CR 14-00306 WHA<br><br>**REQUEST TO THIRD-PARTY MOVANT MODERNISM FINE ARTS** |

By **JULY 7, 2015, AT NOON**, third-party movant Modernism Fine Arts, Inc., is hereby requested to submit a sworn declaration setting forth the amount a willing buyer has already agreed to pay, if at all, for any of the items of art at issue in Modernism's pending motion.

Dated: July 1, 2015.

                                                              WILLIAM ALSUP<br>
                                                              UNITED STATES DISTRICT JUDGE