Law Offices of GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street, Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Law Offices of DENA MARIE YOUNG
State Bar Number 215344
2360 Mendocino Ave., Suite A2, PMB #206
Santa Rosa, California 95403
Phone: (707) 528-9479
Fax: (707) 692-5314
E-Mail: dmyounglaw@gmail.com

Attorneys for Defendant
LUKE D. BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-14-0306-WHA |
| | ) | CR-08-0222-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | (~~PROPOSED~~) ORDER EXTENDING |
| | ) | THE DEADLINE FOR APPRAISAL |
| LUKE D. BRUGNARA, | ) | OF THE ART WORKS AND |
| | ) | CONTINUING THE HEARING ON |
| Defendant. | ) | THE THIRD PARTY MOTION FOR |
| | ) | RETURN OF PROPERTY |

GOOD CAUSE appearing, the deadline for defense counsel to have an expert appraise the art works is extended by one week, and the hearing on the third-party motion for return of property, which is currently set for ~~June~~ July 21, 2015, will be continued by one week to July 28, 2015, at 2:00 pm.

Dated:  July 13, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

1
EX(~~PROPOSED~~) ORDER TO EXTEND DEADLINE / CONTINUE HEARING