IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

 /

No. CR 08-00222 WHA
No. CR 14-00306 WHA

**ORDER RE RECENTLY RECEIVED HANDWRITTEN MOTIONS**

    Offender Luke Brugnara has filed two new handwritten motions. The first seeks the return of his taxidermied mountain lion from the government and the second seeks to fire his current counsel, Attorneys George Boisseau and Dena Young, and reinstate his *pro se* status. A previous order found that the offender had forfeited his *pro se* status and stated that all future motions must be filed properly through counsel (Case No. CR 14-00306; Dkt. No. 684). The two handwritten motions are therefore **DENIED**.

    **IT IS SO ORDERED.**

Dated: July 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE